UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-22193-CIV-MORENO

RANDOLPH H. GUTHRIE, IIII,

    Plaintiff,

vs.

UNIVERSITY OF MIAMI;
UNITED STATES OF AMERICA;
APPLE, INC.;
AT&T, INC.;
BAKER DONELLSON;
CITY OF NEW YORK;
CITY OF MIAMI;
COLUMBIA UNIVERSITY MEDICAL;
COSTCO WHOLESALE CORP.;
CVS CAREMARK CORP.,
DIRECTV;
EHARMONY.COM;
FACEBOOK, INC.;
FEDERAL EXPRESS CORP.;
GRADY COUNTY, OK;
HOTWIRE COMMUNICATIONS;
IAC/INTERACTIVE CORP.;
ICONBRICKELL MASTER ASSOCIATION, INC.;
ICONBRICKELL CONDO. ASSOC. NO. ONE ASSOC. INC.;
ICONBRICKELL CONDO. ASSOC. NO. THREE ASSOC. INC.;
J&J TEQ III, CORP.;
JONATHAN JACOBS;
JOSEPH DEL PIZZO;
KINGS REALTY & PROPERTIES LLC;
LEE LOTT;
NEW YORK PRESBYTERIAN HOSPITAL;
PEARL RIVER COUNTY, MS;
RIVERSIDE PARK COMMUNITY, LLC;
RIVERSIDE PARK COMMUNITY II, LLC;
ROBERT HAUBERG;
UNITED PARCEL SERVICE, INC.;
URBAN AMERICAN MANAGEMENT;
TRG BRICKELL POINT HOTEL, LLC d/b/a VICEROY MIAMI;
UNION & PROGRESS USA, LLC;
WALGREENS CO.

    Defendants.
_____/

### ORDER OF RECUSAL

The undersigned Judge, to whom the cause was originally assigned, recuses himself and refers this cause

to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and S.D. Fla. L.R. 3.6. The Plaintiff (who listed thirty-eight Defendants in his Fourth Amended Complaint and thirty-five Defendants in his Fifth Amended Complaint) has added the University of Miami as a Defendant in the last two of his six complaints. Because the undersigned Judge has returned as an adjunct faculty member at the University of Miami School of Law, he must recuse himself from this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of October, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of United States District Judge Cecilia M. Altonaga.

Copies of this Order shall be served on all parties of record by United States Mail. All documents for filing in this case shall carry the following case number and designation:

12-cv-22193/Altonaga.

By Order of the Court dated this 31st day of October, 2013

Copies provided to:

Counsel of Record

Randolph H. Guthrie, III
485 Brickell Ave, #2507
Miami, FL 33131