UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Randolph H. Guthrie III

v.

FILED by _CUL_ D.C.

NOV 1 5 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

SIXTH AMENDED COMPLAINT

US Government,
Apple Inc.,
AT&T Inc.,
Baker Donnellson,
City of Miami,
City of New York,
Columbia University Medical,
Costco Wholesale Corporation,
CVS Caremark Corporation,
Directv,
eHarmony.com,
Facebook Inc.,
Federal Express Corp.,
Grady County , OK,
Hotwire Communications,
IAC/InteractiveCorp,
Iconbrickell Master Association, Inc.,
Iconbrickell Condominium No. One Association, Inc.,
Iconbrickell Condominium No. Three Association, Inc.,
J & J Teq III, Corp.,
Jonathan Jacobs,
Joseph Del Pizzo,
Kings Realty & Properties LLC,
Lee Lott,
New York Presbyterian Hospital,
Pearl River County, MS,
Riverside Park Community, LLC,
Riverside Park Community II, LLC,
Robert Hauberg,
United Parcel Service, Inc.,
University of Miami,
Urban American Management,
TRG Brickell Point Hotel, LLC (DBA Viceroy Miami)
Union & Progress USA, LLC,
Walgreens Co.

Case # 12 CV 22193

Jury Trial Demanded

**Parties:**
Plaintiff, Randolph Guthrie, is a US citizen and a resident of Miami, FL. Defendants are the US Government and its co-conspirators who are individuals, corporations, and local governments.

**Jurisdiction:**
This Court's jurisdiction is invoked pursuant to 28 USC 1332 (diversity & amount greater than $75,000), 28 USC 1346 (US as defendant), and 28 USC 1402 (US as defendant). The asserted rights and interests of

the plaintiff exceed $200,000,000 exclusive of interests and costs. The substantive claims in this action arise under 28 USC 2671 (Federal Tort Claims Act), Common Law, and 96 USC 1964 (Civil RICO). I have presented my claims in compliance with the requirements of 28 USC 2675. Copies of my tort claims are attached to this complaint. I would also like to point out that my prior lawsuits SDNY 09 CV 0990 and SDNY 11 CV 0211 could also be construed as fulfilling the FTCA notice requirement for this suit.

**Venue:**
The Southern District of Florida is the proper venue for this action. According to 28 USC 1402(a) a civil action in a district court against the United States may be prosecuted only in the judicial district where the plaintiff resides.

**Introduction:**
I filed two prior related lawsuits in the Southern District of New York (case numbers 09 CV 0990 & 11 CV 0211) where I was living at the time. I am now living in Miami which is why I am filing in a new district.

The 09 case was dismissed based on failure to give proper notice as mandated by the Federal Tort Claims Act. At the time I believed that I was not able to refile due to statute of limitations issues. Since then I have realized that due to the fact that there is an ongoing conspiracy that the statute of limitations has not even begun to toll which is why I am now incorporating those claims into this present suit.

The 11 case was dismissed before any of the defendants had even answered the complaint. I appealed but while I was in China a document which I had properly filed with the clerk mysteriously vanished from the file with the result that the appeal was dismissed. In representing those same claims to this court in this case my purpose is not to try to 'shop around' for a more sympathetic court, but since the time limit for refiling the appeal has run out refiling all the claims is the only way that I know of to properly exercise my Constitutional right of access to the courts.

**Facts & Claims:**
<u>Count 1 - Breach of Fiduciary Duty -  US Government, Baker Donnellson, Lee Lott, Robert Hauberg</u>

1) I was arrested and prosecuted in Federal court for copyright infringement in September 2005.

2) I was represented in that criminal case by the law firm Baker Donnellson and by the lawyers Robert Hauberg and Lee Lott who are partners at that firm. I have recently come to realize that these lawyers, while they were representing me, were in fact colluding with US Government and the prosecution, thus violating attorney client privilege and denying me my right to competent legal representation.

3) In order to facilitate my return to the US from China US Government made a secret deal with the Chinese Government not to hold a trial in order to save the Chinese Government from possible embarrassment. These lawyers were well aware of the existence of this deal and yet pushed me to plead guilty when they knew that US Government could not put me on trial.

4) These lawyers thus collected in the range of $500,000 from me yet did not represent me to the best of their abilities.

5) As a result of these lawyers pressuring me to plead guilty I served 26 months in Federal prison, paid $820,000 in fines and forfeiture, and am now a felon. It is, of course, impossible to know what result might have occurred had I had honest and ethical legal representation.

6) It might be argued that US Government had an excellent case against me and they did except for one problem. The US and Chinese Governments were by their own declarations partners in the investigation and prosecution of me and my DVD business. Thus US Government was not entitled to prosecute me a second time for crimes for which I had already been prosecuted and sent to prison in China. The Chinese fined me $180,000. What do you get when you add $180,000 to the $820,000 that US Government took from me? On instructions from US Government my lawyers purposely ignored this issue and failed to file discovery motions which would have forced US Government to acknowledge the above facts.

7) Another example of my lawyers' willful failure to properly represent me is their willful failure to inform me of the approximately fifteen month sentence reduction that is typically granted to participants in the drug and alcohol treatment program run in federal prisons. As a result I minimized the extent of my alcohol problem when interviewed during the presentence investigation. Later I found out about the drug and alcohol program on my own and saw a therapist so that I could be eligible for the program. These lawyers were again acting on instructions from US Government.

8) During October 2005 just after meeting Lee Lott and Robert Hauberg for the first time Lee Lott went out of his way to tell me a story about a pro bono client whom he was representing. Lee said that this man had been transferred to the local county jail so that he could attend court hearings. Lee kept telling me what a hard time this guy was having and how dangerous the local jails were. He even told me that this man, who is black, was the victim of a gang attack by white supremacists. Lee told me that this man had been hiding when he heard a group of white gang members coming down a hallway talking about how they were going to kill all the blacks (of course black was not the word that they used) just before they found him and beat him up.

9) In fact none of these events actually happened. Lee Lott had been told to tell this story to me by Robert Hauberg and US Government so that I would be under additional emotional stress when US Government put me in the Pearl River County Jail some two years in the future.

10) According to The Third Restatement of The Law Governing Lawyers:

§16(3) - To the extent consistent with the lawyer's other legal duties and subject to the other provisions of this Restatement, a lawyer must, in matters within the scope of the representation ... comply with obligations concerning the client's confidences and property, avoid impermissible conflicting interests, deal honestly with the client, and not employ advantages arising from the client-lawyer relationship in a manner adverse to the client.

§49 - A lawyer is civilly liable to a client if the lawyer breaches a fiduciary duty to the client set forth in §16(3) and if that failure is a legal cause of injury.

3

11) These lawyers thus breached their fiduciary duty to me when they both failed to deal honestly with me and when they placed their relationship with the US Government ahead of their relationship with me.

12) US Government was the leader of this activity and induced the lawyers in their tortious conduct.

### Count 2 - Fraud - US Government, Baker Donnellson, Lee Lott, Robert Hauberg

13) I reallege Paragraphs 1-9.

14) According to The Second Restatement of Torts:

§525 - One who fraudulently makes a misrepresentation of fact, opinion, intention, or law for the purpose of inducing another to act or to refrain from action in reliance upon it, is subject to liability to the other in deceit for pecuniary loss caused to him by his justifiable reliance upon the misrepresentation.

15) Rule 9(b):

(1) These lawyers promised to represent me to the best of their abilities and to place my interests ahead of their own when in fact they had no intention of doing so and in fact did not do so.
(2) These lawyers knew that they were making false promises at the time that they made them.
(3) Until recently I had no idea that I had been lied to and tricked by them.
(4) In making their false promises to me they had every intention that I should act upon them.
(5) I did in fact hire these lawyers and they screwed me.

16) These lawyers defrauded me in the amount of their billings which were in the range of $500,000. US Government was the leader of this fraud and induced the lawyers to engage in it.

### Count 3 – Intentional Infliction of Emotional Harm – US Government, Baker Donnellson, Lee Lott, Robert Hauberg

17) I reallege Paragraphs 1-9.

18) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:

§46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

19) I suffered emotional harm as a result of US Government's, Baker Donnellson's, Lee Lott's, and Robert Hauberg's actions.

20) If a man's lawyer intentionally telling him a fictional scary story designed to put him in fear for his life when in a Mississippi county jail does not exceed the requirement for extreme and outrageous conduct then it is difficult to know what sort of actions would meet or exceed that requirement.

### Count 4 - Conspiracy - US Government, Baker Donnellson, Lee Lott, Robert Hauberg

21) I reallege Paragraphs 1-9.

22) According to The Second Restatement of Torts:

§875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

23) The above named conspirators acted in concert with a common design to harm me in their commission of Counts 1-3.

### Count 5 – Civil RICO - US Government, Baker Donnellson, Lee Lott, Robert Hauberg

24) I reallege Paragraphs 1-9.

25) According to the US Code:

18 USC 1961 states that "racketeering activity" means ... any act that is indictable under any of the following provisions ... §1341 (relating to mail fraud).

18 USC 1962 states that it shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity.

18 USC 1964 states that any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court.

18 USC 1341 states whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, ... places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, ... or knowingly causes to be delivered by mail or such carrier according to the direction thereon, ... any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

26) These lawyers at the instigation of US Government placed bills for their fraudulent legal services in the interstate US Mail over the course of several years. This activity formed a continuous pattern and interstate enterprise during the relevant multiyear time period. This activity only ended when I was released from prison. These lawyers only stopped their mail fraud activities when it was no longer possible for them to do so rather than choosing to stop on their own.

### Count 6 – False Imprisonment – US Government

27) I was incarcerated at FCI Ft. Dix from April 2006 to June 2008.

28) During my incarceration at FCI Ft. Dix the FCI contained at least several hundred federal undercover agents posing as inmates.

29) The undercover agent training project that was occurring at FCI Ft. Dix during my time there was apparently so important and high profile within the DOJ that the warden of FCI Ft. Dix during this time, Charles Samuels, is now director of the Federal Bureau of Prisons.

30) Many agents who were newly hired were there being trained through the process of being exposed to criminals in a controlled environment.

31) Many of the newly hired agents are recruited from the military. FCI Ft. Dix is not an uncomfortable environment for them since the prison housing units at Ft. Dix are in fact decommissioned military housing.

32) A small number of the federal agents at Ft. Dix are older experienced agents who are there to supervise the trainees.

33) Some of the trainee agents move on to the medium and maximum security prisons after their training at Ft. Dix. To facilitate their acceptance by the inmates at maximum security prisons, many of whom have been there for decades, it is necessary for these agents to spend months in the Special Housing Units (SHU) at these prisons. In order to train and condition these agents to the harsh conditions they first spend months in the SHU at Ft. Dix.

34) Many low security prisons do not have SHU's as the sorts of inmates at lows do not generally incur disciplinary incidents that would require placing them in a SHU.

35) Many of the inmates at lows would be in camps but for disqualifying factors such as non-US citizen status, detainers, etc.

36) In the event that an inmate at a federal correctional institution which does not have a SHU merits being placed in a SHU he is generally transported to a nearby federal (or even state/local) facility which does have a SHU.

37) FCI Ft. Dix did not have a SHU until a few years ago. Now it is virtually full. Prior to the SHU being constructed at Ft. Dix the occasional inmate who was caught fighting was sent to the SHU at FCI Fairton, a forty-five minute drive.

38) The construction of the SHU at FCI Ft. Dix may have coincided with the prison's use as a training facility for federal undercover agents.

39) The SHU at FCI Ft. Dix has security features such as frosted windows not found even in SHU's in maximum security prisons.

40) The SHU at USP Lewisburg not only has transparent windows, but the windows can also be opened. There is even a sign posted on the outside wall of the Lewisburg SHU instructing inmates on the running track not to yell to inmates in the SHU, obviously a violation of inmates' right to free speech.

41) The SHU at FCI Ft. Dix also has another odd feature. The ceiling is not painted. The walls have been painted, but the ceiling has been purposely been left as bare concrete. The SHU at FDC Philadelphia has a painted ceiling as well as transparent windows.

42) The Ft. Dix SHU's ceiling may have been left bare so as to provide camouflage for fiber optic video surveillance devices that would be harder to camouflage were the ceiling painted solid white to match the walls.

43) The overwhelming majority of inmates in the SHU at FCI Ft. Dix are in fact federal agents.

44) The fact that the SHU is populated by federal agents instead of bona fide inmates with disciplinary problems may explain why SHU inmates are allowed contact visits in the same manner and, in fact, in the same visiting room as non-SHU inmates. This whole procedure is truly laughable. While in the SHU inmates are considered such a security threat that they have to be handcuffed through the food slot before the cell doors can be opened. They are not allowed outside their cells without being handcuffed. However once they reach the visiting room, as if by magic, the handcuffs come off and the SHU inmates are allowed to walk around unhandcuffed not only in the presence of guards and other inmates, but with the visitors as well!

45) Occasionally real inmates are placed in the Ft. Dix SHU for reasons related to the agent training program and not primarily for reasons of institutional security, as required by law.

46) Examples of inmates placed in the Ft. Dix SHU for reasons related to the agent training program would be myself and Robert Brennan, the penny stock fraudster who was twice profiled on 60 minutes. Obama buddy Tony Rezko was kept in a SHU for over a year on various pretexts most likely so that his federal agent cellmates could try to get him to talk.

47) Below is a list of federal undercover agents who have masqueraded as inmates.*
James Labate –    49446-054  (www.americanmafia.com/Feature_Articles_54.html)
Irwin Schiff –     08537-014  (www.paynoincometax.com)
Timothy Ernle –  01182-055  (US v. Knoll (16 F3d 1313) )†
Jason Vale –       09073-067  (www.apricotsfromgod.info)
Kurt Walter –     25008-038
David Leichus –  35506-054  (David did not do his prison time at Ft. Dix with the plaintiff.)
Thomas Williams  ('escaped' from Ft. Dix in June 2006, last seen riding away on a lawnmower)
Daniel Gordon –  55795-054  (www.sec.gov/litigation/litreleases/lr18515.htm)

* I have provided the inmate numbers that I believe to be correct from www.bop.gov. I cannot guarantee their accuracy. The web links are listed so as to provide some background information on the individuals concerned.

† Timothy Ernle played a critical role in US v. Knoll (16 F3d 1313). Apparently in June 1986 Tim burglarized a law office and then 'unsolicited' brought the purloined documents to an AUSA. Tim's status as a Fed would seem to throw that case in an entirely new light. If the reader is still skeptical he should compare Timothy Ernle's picture with that of Maj. Gen. Bill Donovan the OSS chief and a former head of the DOJ criminal division. Except for the noses, the faces are nearly identical. Tim told me that Bill Donovan was his great uncle, which I took with a grain of salt until I saw Bill Donovan's picture in a book. Bill Donovan and Tim Ernle are also both from the Buffalo, NY area.

48) US Government trumped up disciplinary incidents to suit the needs of the agent training program rather than for legitimate correctional interests.

49) US Government violated my right to substantive due process throughout my incarceration at FCI Ft. Dix.[1]

---

[1] Daniels v. Williams (106 S.Ct. 664) – Justice Renquist examined the history of the due process clause and found that it was originally intended to protect individuals from oppression and "the arbitrary exercise of the powers of government".

50) The substantive due process violations occurred as the result of US Government running the prison primarily for the benefit of the federal agent training program rather than for US Government's legitimate correctional interests.[2]

51) US Government violated my right to equal protection.[3]

52) US Government's disciplinary and other discretionary decisions with respect to myself were tainted by the existence of the agent training program and its inherent conflict with normal prison functions.

53) Some of these disciplinary incidents resulted in my loss of "Good Time", a statutory liberty interest.

54) Some of these disciplinary incidents resulted in my being unable to participate in the Residential Drug Abuse Program (RDAP) and the loss of an approximate one year reduction in prison time.

55) The time off for successful completion of the RDAP constitutes a state created liberty interest.[4]

56) I spent many months in the SHU for reasons not related to institutional security.[5]

57) Transfer from the Ft. Dix Camp to the SHU deprived me of a liberty interest.[6]

58) Conditions in the Ft. Dix SHU are actually worse than the conditions in the Federal Supermax prison in Florence, Colorado.[7]

---

[2] Rochin v. California (342 US 165) – Substantive due process prohibits tortious state conduct that "shocks the conscience" and "offends the cannons of decency and fairness".

Hall V. Tawney (621 F2d 607) – Substantive due process prohibits "those literally outrageous abuses of official power whose very variety makes formulation of a more precise standard impossible."

[3] Willowbrook v. Olech (528 US 562) – The Court explained that the purpose of the equal protection clause "is to secure every person within the State's jurisdiction against intentional and arbitrary discrimination." [Plaintiff] need only show intentional and arbitrary discrimination to his detriment.

[4] Meachum v. Fano (427 US 224) – The state may create "liberty" within the meaning of the due process clause. Consequently, in prison due process cases, the Court looks to state statutes and regulations to determine if a liberty interest, and therefore a right to procedural fairness, exists. The state is deemed to create a liberty interest if the pertinent statues and regulations impose substantive limits on the discretion to make such decisions. Thus if a statue governing parole specifies criteria for decision, a liberty interest exists and process is due.

[5] River v. Fogg (371 F.Supp. 938), Kelley v. Brewer (239 NW2d 109), Daughtery v. Carlson (372 F.Supp. 1320), Clifton v. Robinson (500 F.Supp. 30) – The courts view the proper purpose of isolated confinement to be the maintenance of order within the institution.

Hancock v. Avery (301 F.Supp. 786), Jordan V. Fitzharris (257 F.Supp. 674), Attorney General v. Worcester (413 NE2d 772), West v. Lamb (497 F.Supp. 989), Milhouse v. Carlson (652 F2d 371) – therefore any punishment that is not necessary to maintain order is cruel and unusual and prohibited by the Eighth Amendment.

Bono v. Saxbe (450 F.Supp. 934, 620 F2d 609) – Punishment in disciplinary segregation for no offense would be, a fortiori, disproportionate and cruel and unusual.

Johnson v. Anderson (370 F.Supp. 1373), Breece v. Swenson (332 F.Supp. 837) – Arbitrary or discriminatory imposition of solitary would also come within Eighth Amendment prohibition.

[6] Wagner v. Hanks (128 F3d 1173) – In deciding whether a liberty deprivation occurred, a federal court after Sandin [Sandin v. Connor (115 S.Ct. 2300)] must compare conditions in disciplinary segregation with conditions in which the general population of the prison is confined. If the prison were a "country club" in which the prisoners enjoyed a great deal of freedom, spending little time in their cells or even in the prison buildings, confinement for a protracted period in what amounts to solitary confinement would work an atypical and significant deprivation of their liberty.

59) Some of my time in the SHU was the result of biased disciplinary incidents.

60) The conflict of interest related to the agent training program violated my right to procedural due process when being deprived of a liberty interest.

61) Some of my time in the SHU resulted from my requesting protective custody in order to get away from federal undercover agents.

62) One protective custody request resulted when I was the only white man assigned to a room the other occupants of which were all black.

63) I was denied a room change even though the housing unit was half empty.

64) I had roomed with blacks before without difficulty, both in mixed race rooms and with a single black roommate while in a two man SHU cell.

65) I felt that these particular blacks behaved like 'gangstas' and were going to be trouble.

66) Room changes are extremely simple. They can be accomplished by a staff member with a few keystrokes in as little as one minute.

67) Room changes are routinely granted so long as they do not become frequent requests.

68) I had never previously requested a room change.

69) When Ft. Dix staff chose to place me in protective custody rather than grant me a room change I realized that my housing assignment had been a 'set-up' from the beginning.

70) Insisting that I live in a room with extremely unpleasant roommates was part of US Government's ongoing effort of intentionally inflicting emotional distress upon me.

71) During the course of the room change incident I approached the staff member in charge of room assignments, a Mr. Dixon, and told him that "If I dont get a room change I am going to have to 'check in' [to the SHU]". As a result of this statement and my ensuing 'check in' I received a disciplinary incident report from Mr. Dixon for "Refusing to Program".

72) Some of my time in the SHU resulted from my requesting protective custody so as not to be subject to arbitrary and capricious work assignments.[8]

73) This action is not subject to the Prison Litigation Reform Act since I was not incarcerated at the time that I filed this suit.[9]

---

[7] Wilkinson v. Austin (125 S.Ct. 2384) – Prisoners have a liberty interest in the determination of whether they are transferred to a supermax prison.

[8] Battle v. Anderson (376 F.Supp. 402, 993 F2d 1551) – no assignment to jobs on an arbitrary or capricious basis.

74) According to The Second Restatement of Torts:

§35 - An actor is subject to liability to another for false imprisonment if he acts intending to confine the other or a third party within boundaries fixed by the actor, and his act directly or indirectly results in such a confinement of the other, and the other is conscious of the confinement or is harmed by it.

75) In repeatedly illegally depriving me of liberty interests US Government is guilty of false imprisonment.

<u>Count 7 – Negligent Conduct – US Government</u>

76) I reallege Paragraphs 27–73.

77) While assigned to work in the landscaping team in facilities maintenance I was given a disciplinary incident by staff member Dixon for reading quietly in the prison library even though Mr. Dixon did not even work in facilities.

78) Mr. Dixon then told me that I would be working for him in the future.

79) Mr. Dixon supervised the orderlies in the housing unit that I had occupied.

80) Being an orderly is one of the easiest jobs at Ft. Dix.

81) An orderly can generally finish his job for the day in less than half an hour.

82) Once an orderly has finished his job he is free to watch TV, read, etc. for the rest of his shift.

83) My unit had approximately one hundred orderlies assigned to it.

84) In a non-prison environment a building such as that, with about ten thousand square feet of common area and twelve bathrooms, would likely have at most five orderlies working in it.

85) I was told by Mr. Dixon that I must work outside the building picking up trash, etc.

86) I was further told that I alone was not allowed inside the housing unit during my shift, except to use the bathroom.

87) When Mr. Dixon found me reading a magazine under a tree and confiscated the magazine it became obvious to me that I was being singled out for cruel and unusual punishment.

88) My arbitrary and capricious work assignment amounted to cruel and unusual punishment[10].

---

[9] Greig v. Goord [169 F3d 165] - We hold that litigants--like Greig--who file prison condition actions after release from confinement are no longer "prisoners" for purposes of § 1997e(a) and, therefore, need not satisfy the exhaustion requirements of this provision.

[10] Ray v. Mabry (556 F2d 881) – Work assignments that amount to cruel and unusual punishment are forbidden.

89) I was forced to work in conditions that violated my constitutional rights.

90) I was forced to work when the heat index exceeded 90.

91) I was forced to wear heavy polyester clothing when the heat index exceeded 90.

92) I was not provided with an electric fan when the heat index exceeded 90. [11]

93) I was forced to work when sick.

94) I was refused the medicine Finisteride even though it was available in the prison pharmacy and I had been taking the medicine before arriving at Ft. Dix.

95) I had a valid doctor's prescription for Finisteride when I arrived at Ft. Dix.

96) As a result of being refused Finisteride I suffered permanent hair loss.

97) I was denied Administrative Remedy Forms by my unit staff (and all other BOP staff) while in the SHU.[12]

98) The denial of Administrative Remedy Forms is a violation of an inmate's First Amendment right of access to the courts.

99) Certain Ft. Dix staff members, such as the chaplains, did not visit my area of the SHU in spite of having signed the SHU log book.

100) Certain BOP staff, including chaplains, are required to make regular visits to inmates in the SHU.[13]

101) Preventing chaplain visits is yet another example of US Government's ongoing effort to intentionally inflict emotional distress upon the me.

102) While I was in the SHU in the wintertime the heating broke or was turned off.

103) The heat was in fact intentionally turned off so as to increase my level of emotional distress.

104) I was subject to cold temperatures without adequate clothing or cold weather bedding.[14]

---

[11] Gates v. Cook (376 F3d 323) - If the heat index reaches 90 degrees or above, the defendant will insure that each cell is equipped with a fan. (This case concerns death row inmates who presumably lie on their bunks in their underwear when they are hot.)

[12] Abney v. McGinnis [380 F3d 667] - Defendants may also be estopped from raising non-exhaustion as an affirmative defense when prison officials inhibit an inmate's ability to utilize grievance procedures.

[13] St. Claire v. Cayler (634 F2d 109) – Prohibiting prisoners in isolation or segregation from attending chapel is unconstitutional.

[14] Chandler v. Baird (926 F2d 1057) – A claim of exposure to cold temperatures in disciplinary segregation stated a claim for relief.

105) While I was in the SHU during warm weather there was a continuous insect infestation problem.[15]

106) When informed of the insect problem by many inmates on many occasions the wardens, SHU supervisors, and other staff ignored the problem.

107) While I was in the SHU no insecticide was sprayed in the cells.

108) While in the SHU I was denied timely access to my mail.

109) When I complained about the denial of timely access to my mail to Ms. Brocia (spelling approximate), the Ft. Dix staff member in charge of the mail room, she sincerely promised to look into the matter.

110) Generally Ms. Brocia visited the SHU together with the warden and his other senior staff.

111) After the mail complaint Ms. Brocia avoided my hallway in the SHU.

112) BOP staff members who are making general SHU visits are obligated to walk by every cell.

113) Mail that I had already received was taken from me.

114) The sequestered mail included my books and legal papers.

115) I complained about the mail sequestration to the warden (Charles Samuels – now BOP Director), assistant wardens, and all other staff every time that I saw them in the SHU.

116) The illegal seizure and withholding of my mail is yet another example of US Government's ongoing campaign of intentionally inflicting emotional distress upon me.

117) I was threatened with forced blood extraction when I refused to give blood for the purposes of DNA testing.

118) The DNA testing was a result of routine BOP policy rather than being court ordered.

119) Mandated blood removal in the absence of a court order is a violation of an inmate's constitutional rights.

120) I eventually chose to trade my blood for the return of my books.

121) One of my cellmates, surname Day, who is an undercover Federal agent, threatened to stab a pencil in my eye.

122) On many occasions federal agents posing as inmates made reference to inmates being stabbed as well as to shanks being buried in the prison compound. There were in fact no incidents of this nature

---

[15] Antonelli v. Sheahan (81 F3d 1422) – Inmate stated Eighth Amendment claim where he alleged that there was a pest control problem.

that occurred during my incarceration at Ft. Dix. These stories are yet another example of US Government's ongoing effort of intentionally inflicting emotional distress upon me.

123) During my last month at Ft. Dix I was seen by a BOP psychiatrist who prescribed me antidepressants to treat my mental distress.

124) My Federal probation officer found me to be sufficiently mentally disturbed upon my release from prison that he ordered me to get psychiatric counseling.

125) As a result of the above outrageous conduct and intentional violations of my Constitutional rights I suffered from severe emotional distress throughout my incarceration.

126) In many instances the US's very motive for violating my Constitutional rights was for the purpose of intentionally causing me emotional distress so that they could observe the outcome.

127) Bureau of Prisons employees are law enforcement officers of the US Government.[16]

128) The US acted with reckless disregard of my health while allowing, instigating, and/or encouraging the above listed illegal and/or unconstitutional conduct.

129) According to The Second Restatement of Torts:
    §284 – Negligent conduct may be ... an act which the actor as a reasonable man should recognize as involving an unreasonable risk of causing an invasion of an interest of another.

130) US Government was negligent in allowing any of these violations of my Constitutional rights to occur. US Government violated its duty of care to me during my incarceration at FCI Ft. Dix.[17]

<u>Count 8 – Negligent Supervision of Employees – US Government</u>

131) I reallege Paragraphs 27–73 & 77–128.

132) US Government had a duty of care with regard to hiring, training, and supervising its employees. For the duty to apply, first it must be foreseeable that employees entrusted with specific duties and authority be properly trained and that the failure to do so could result in harm to others. Second, if the employer fails to properly hire, train, or supervise employees, it breaches its duty to others. Third, there must be a causal connection between the conduct and the injury.

---

[16] 28 USC §2680 - the provisions of this chapter and section 1346 (b) of this title *shall apply* to any claim arising ... out of ... false imprisonment [or] abuse of process. For the purpose of this subsection, "investigative or law enforcement officer" means any officer of the United States who is empowered by law to execute searches, to seize evidence, or to make arrests for violations of Federal law.

18 USC §3050 - An officer or employee of the Bureau of Prisons may ... make arrests on or off of Bureau of Prisons property.

[17] Hoagland v. Gomez (676 A2d 187, 290 NJ Super 550) - If ordinance has been enacted which imposes duty on one class of persons for benefit or protection of another class of persons, breach of duty established by ordinance is evidence of negligence in suit by person within protected class who has been injured by breach of that duty.

133) Clearly had the Bureau of Prisons employees at Ft. Dix been properly trained and supervised they would not have violated my Constitutional rights.

<u>Count 9 – Abuse of Process – US Government</u>

134) I reallege Paragraphs 27–73 & 77-128.

135) According to The Second Restatement of Torts:
> §682 – One who uses a legal process, whether criminal or civil, against another primarily to accomplish a purpose for which it is not designed, is subject to liability to the other for harm caused by the abuse of process.

136) In deliberately misusing the prison disciplinary process US Government is guilty of abuse of process. [18]

<u>Count 10 – Intentional Infliction of Emotional Harm – US Government</u>

137) I reallege Paragraphs 27–73 & 77-128.

138) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
> §46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

139) I suffered emotional harm as a result of US Government's actions.

140) If the intentional violation of a man's Constitutional rights and the crime of false imprisonment do not exceed the requirement for extreme and outrageous conduct then it is difficult to know what sort of actions would meet or exceed that requirement.

<u>Count 11 – Assault – US Government</u>

141) I reallege Paragraphs 117 & 121.

142) According to The Second Restatement of Torts:
> §21 An actor is subject to liability to another for assault if he acts intending to cause a harmful or offensive contact with the person of the other or a third person, or an imminent apprehension of such contact, and the other is thereby put in such imminent apprehension.

143) When US Government threatened to forcibly extract blood from me and to stab a pencil in my eye I was in apprehension of said harmful contact which makes US Government guilty of assault.

<u>Count 12 – Battery – US Government, Pearl River County</u>

---

[18] No exception under 28 USC 2680 - See note 15

144) Between September 2007 and November 2007 I was transferred from Fort Dix to Pearl River County Jail in Mississippi for the purpose of testifying at a criminal trial. While at the Pearl River County Jail I was held in an area of cells which was being used for the training of undercover law enforcement officers. US Government and Pearl River County together committed the following acts:

a) Put bacteria into my ear when I was sleeping.

b) Denied me timely medical treatment for the resulting ear infection. After two weeks I was eventually given antibiotics. I suffered a great deal of pain while my ear was infected.

c) One of the undercover officers, acting under orders from his superiors, punched me in the mouth and knocked one of my teeth loose.

d) One of the undercover officers, acting under orders from his superiors, took my sleeping mat and as a result I had to sleep on the bare sheet metal of my bunk for three nights. I reported the fact that I had no mat to the Pearl River County corrections officers on numerous occasions, but none of them corrected the problem. On one occasion when an inmate was leaving I went and grabbed his mat and put it on my bunk, but the corrections officer that was escorting that inmate out would not allow me to keep the mat and took it out of the unit even though he could clearly see that doing so would leave me with no mat.

e) Set off a tear gas canister in my cell area for no obvious reason related to the normal operation of the jail. The sole reason for using the gas was in fact for causing emotional distress to the individuals in that area.

f) Did not allow me any recreation time during my entire stay there. Inmates are supposed to be allowed one hour of recreation time each weekday.

145) According to The Second Restatement of Torts:

§13 – An actor is subject to liability to another for battery if he acts intending to cause a harmful or offensive contact with the person of the other … and a harmful contact with the person of the other directly or indirectly results.

146) US Government and Pearl River County committed battery when purposely infecting my ear and when ordering one of their employees to knock my tooth loose.

## Count 13 – Negligent Conduct – US Government, Pearl River County

147) I reallege Paragraph 144.

148) According to The Second Restatement of Torts:

§284 – Negligent conduct may be … an act which the actor as a reasonable man should recognize as involving an unreasonable risk of causing an invasion of an interest of another.

149) US Government and Pearl River County were negligent in allowing any of these violations of my Constitutional rights to occur. US Government and Pearl River County violated their duty of care to me.

## Count 14 – Reckless Disregard of Safety – US Government, Pearl River County

150) I reallege Paragraph 144.

151) According to The Second Restatement of Torts:

The actor's conduct is in reckless disregard of the safety of another if he does an act or intentionally fails to do an act which it is his duty to the other to do, knowing or having reason to know of facts which would lead a reasonable man to realize, not only that his conduct creates an

15

unreasonable risk of physical harm to another, but also that such risk is substantially greater than that which is necessary to make his conduct negligent.

152) US Government and Pearl River County showed reckless disregard for my safety in poisoning me with bacteria and then denying me timely medical care.

## Count 15 – Negligent Supervision of Employees – US Government, Pearl River County

153) I reallege Paragraph 144.

154) US Government and Pearl River County had a duty of care with regard to hiring, training, and supervising their employees. For the duty to apply, first it must be foreseeable that employees entrusted with specific duties and authority be properly trained and that the failure to do so could result in harm to others. Second, if the employer fails to properly hire, train, or supervise employees, it breaches its duty to others. Third, there must be a causal connection between the conduct and the injury.

155) Clearly had the US Government and Pearl River County employees at the Pearl River County Jail been properly trained and supervised they would not have violated my Constitutional rights.

## Count 16 – Intentional Infliction of Emotional Harm – US Government, Pearl River County

156) I reallege Paragraph 144.

157) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
    §46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

158) I suffered emotional harm as a result of US Government's and Pearl River County's actions.

159) If the intentional violation of a man's Constitutional rights and the crime of battery do not exceed the requirement for extreme and outrageous conduct then it is difficult to know what sort of actions would meet or exceed that requirement.

## Count 17 – Conspiracy – US Government, Pearl River County

160) I reallege Paragraph 144.

161) According to The Second Restatement of Torts:
    §875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

162) US Government and Pearl River County acted in concert with a common design to harm me in their commission of Counts 12-16.

<u>Count 18 – Battery – US Government, Grady County</u>

163) On the way back from Pearl River County I was held between November 2007 and January 2008 in the Grady County Jail in Oklahoma. The hub for the Justice Prisoner and Alien Transportation System is in Oklahoma City and there is a large Federal jail built on the edge of the Oklahoma City Airport. US Government seems to use the Grady County Jail as a sort of annex to their Oklahoma City facility even though it is an hour away. The US uses the Grady County Jail primarily to support its undercover operations since the unit sizes there of about 20 inmates per unit are far smaller than the unit sizes at their facility in Oklahoma City with over 100 inmates per unit. It thus requires far fewer undercover officers to take over a unit.

164) During my stay at the Grady County Jail I was purposely infected with bacteria on two occasions. The bacteria was most likely injected under my skin while I was sleeping. The first sign of each infection was a pimple on my upper lip. The pimple then grew to several times the size of any natural occurring pimple and disgorged large amounts of pus for several days. I asked the corrections officers on many occasions to see a doctor and for antibiotics, but each time my request was denied.

165) According to The Second Restatement of Torts:
     §13 – An actor is subject to liability to another for battery if he acts intending to cause a harmful or offensive contact with the person of the other … and a harmful contact with the person of the other directly or indirectly results.

166) US Government and Grady County committed battery when purposely infecting my face with bacteria.

<u>Count 19 – Negligent Conduct – US Government, Grady County</u>

167) I reallege Paragraphs 163-164.

168) According to The Second Restatement of Torts:
     §284 – Negligent conduct may be … an act which the actor as a reasonable man should recognize as involving an unreasonable risk of causing an invasion of an interest of another.

169) US Government and Grady County were negligent in allowing any of these violations of my Constitutional rights to occur. US Government and Grady County violated their duty of care to me.

<u>Count 20 – Reckless Disregard of Safety – US Government, Grady County</u>

170) I reallege Paragraph 163-164.

171) According to The Second Restatement of Torts:
     The actor's conduct is in reckless disregard of the safety of another if he does an act or intentionally fails to do an act which it is his duty to the other to do, knowing or having reason to know of facts which would lead a reasonable man to realize, not only that his conduct creates an unreasonable risk of physical harm to another, but also that such risk is substantially greater than that which is necessary to make his conduct negligent.

17

172) US Government and Grady County showed reckless disregard for my safety in poisoning me with bacteria and then denying me medical care.

### Count 21 – Negligent Supervision of Employees – US Government, Grady County

173) I reallege Paragraphs 163-164.

174) US Government and Grady County had a duty of care with regard to hiring, training, and supervising their employees. For the duty to apply, first it must be foreseeable that employees entrusted with specific duties and authority be properly trained and that the failure to do so could result in harm to others. Second, if the employer fails to properly hire, train, or supervise employees, it breaches its duty to others. Third, there must be a causal connection between the conduct and the injury.

175) Clearly had the US Government and Grady County employees at the Grady County Jail been properly trained and supervised they would not have violated my Constitutional rights.

### Count 22 – Intentional Infliction of Emotional Harm – US Government, Grady County

176) I reallege Paragraphs 163-164.

177) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
  §46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

178) I suffered emotional harm as a result of US Government's and Grady County's actions.

179) If the intentional violation of a man's Constitutional rights and the crime of battery do not exceed the requirement for extreme and outrageous conduct then it is difficult to know what sort of actions would meet or exceed that requirement.

### Count 23 – Conspiracy – US Government, Grady County

180) I reallege Paragraphs 163-164.

181) According to The Second Restatement of Torts:
  §875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

182) US Government and Grady County acted in concert with a common design to harm me in their commission of Counts 18-22.

<u>Count 24 – Battery – US Government, Riverside Park Community LLC, Riverside Park Community II LLC, Urban American Management, and Kings Realty & Properties LLC</u>

183) Since my release from Federal prison in June 2008 and continuing through the present US Government has acted in concert with individuals, corporations, and local governments to commit torts against me.

184) US Government has administered drugs to me without my consent. To this end they have covertly introduced pharmaceutical gasses into the air when I was indoors and shot me with a poison dart gun when I was outdoors.

185) The above allegation does not defy reality as we know it and clearly does not fall into the category of time travel or a trip to Pluto.[19] For example:
   a) Russian Spetsnaz forces used pharmaceutical gasses to end the siege of a Moscow theater by Chechen terrorists in 2002. The Russian government refused to reveal the classified composition of the gas. Obviously US Government has even more sophisticated capabilities.
   b) In 1978, a ricin filled pellet, probably fired from an apparatus concealed by an umbrella, was used to murder Bulgarian dissident Georgi Markov in London. The apparatus was provided to the Bulgarians by the Soviets. It is reasonable to assume that the Soviets would not have let the Bulgarians have their newest equipment so clearly this classified technology is now over 50 years old. I believe that US Government has modern equivalents that are smaller and can be made to look like pens or Blackberries. The Blackberry camouflage could be especially convenient since the screen combined with a concealed camera mounted in parallel with the barrel could be used as a covert sighting system. Obviously a man sighting an object by holding it up to his eye would be quite suspicious, but there is nothing suspicious about a man concentrating on a Blackberry screen.

186) In order install their gas distribution apparatus in my apartment at 3333 Broadway US Government enlisted the help of codefendants Riverside Park (property owner) and Urban American (property manager). These defendants allowed US Government to place its agents in their office acting as their employees. They also gave US Government free access to my apartment, C23J, in the days before I moved in; after I moved in US Government illegally burgled my home anyway. During the days before I moved in US Government moved most, if not all, of the existing tenants on floor C23 out and moved their own people in. US Government conducted renovations to my apartment for the purpose of installing their gas distribution system as well as a fiber-optic video surveillance system. At no time did US Government have a court order to conduct said activities.

187) On October 23, 2008 I sent Urban American a registered letter (RA931678216US) to document and complain about the issues from the preceding paragraph. Urban American chose not to reply to my letter. I am attaching a copy of that letter as an exhibit. In the letter I refer to a purported Urban American employee named Natalie Mills. Natalie Mills is in fact an agent of the US.

188) Riverside Park and Urban American purposely overbilled me for rent. They ultimately fixed their mistake outside New York City Housing Court. While I was made whole with regard to the rent money I did suffer emotional distress as a result of the dispute. I sent Riverside Park a registered letter

---

[19] Ashcroft v. Iqbal, 129 S. Ct. 1937, 1959 (2009) (Souter, J., dissenting)

(RR908039903US) on November 21, 2009 detailing the problem, but they did not answer the letter and took me to court regardless. This dispute was orchestrated by US Government for the purpose of causing me emotional distress.

189) While I was living in Riverside Park's building, one of the 'neighbors' that US Government had installed in conspiracy with Riverside Park and Urban American, would regularly play extremely loud music at all hours of the day and night with the intent of causing me emotional distress and depriving me of the quiet use of my apartment.

190) US Government, with the help of codefendant Kings Realty, had also installed gas distribution apparatus and a fiber optic video surveillance system in my next apartment at 956 Hancock St, Brooklyn, NY prior to my arrival there.

191) The poison dart gun with which I was repeatedly shot left no trace and made no sound. The device operates pneumatically and the dart itself is composed of compressed drugs without a separate casing, thus not leaving any traces behind under the skin such as empty ricin pellets. In any event I have never found a dart. The dart gun operates through heavy clothing and, when it is calibrated properly, is painless, in other words it is generally not possible for a person to know that he has been shot.

192) On numerous occasions I was shot with darts while the gun was purposely set to an excessively high mussel velocity. The result was that I felt a sting as if I had been stuck with a small needle. This was done to cause me emotional distress in addition to that which was caused by the drugs which constituted the dart.

193) Regardless of whether the dart is painless or not I generally do know when I have been shot or gassed however by the effects, which generally make me sick.

194) Regardless of whether the method of drugging is painless, the results of the druggings are generally not painless. The drugs generally cause at least one of the following conditions: dysphoria (depression), akathisia, explosive diarrhea & intestinal cramps, insomnia, sleeping all day, rapid weight gain (80lbs in four months!), inability to eat, kidney stones, etc.

195) In one instance US Government drugged me so that I would be unable to attend a probation violation hearing in Federal Court. I called my 'lawyer' about three hours before the hearing to let him know that I was too sick to attend, but even so the judge issued a bench warrant for me. I went to see my probation officer the following week and spent an afternoon sitting in a jail cell.

196) According to The Second Restatement of Torts:
> §13 – An actor is subject to liability to another for battery if he acts intending to cause a harmful or offensive contact with the person of the other … and a harmful contact with the person of the other directly or indirectly results.

197) US Government and the other defendants listed in this count committed battery each time that they administered drugs to me. Obviously whether via gas or dart each instance is a battery no different from that which would occur when a rapist adulterates a woman's drink with Rohipnol (roofies), GHB (liquid x), Ketamine, etc.

<u>Count 25 – Reckless Disregard of Safety – US Government, Riverside Park Community LLC,
Riverside Park Community II LLC, Urban American Management, and
Kings Realty & Properties LLC</u>

198) I reallege Paragraphs 183-195.

199) According to The Second Restatement of Torts:

> The actor's conduct is in reckless disregard of the safety of another if he does an act or intentionally fails to do an act which it is his duty to the other to do, knowing or having reason to know of facts which would lead a reasonable man to realize, not only that his conduct creates an unreasonable risk of physical harm to another, but also that such risk is substantially greater than that which is necessary to make his conduct negligent.

200) US Government and the other defendants listed in this count have showed reckless disregard for my safety each time that they drug me.

<u>Count 26 – Intrusion upon Seclusion – US Government, Riverside Park Community LLC, Riverside
Park Community II LLC, Urban American Management, and Kings Realty & Properties LLC</u>

201) I reallege Paragraphs 183-195.

202) According to The Second Restatement of Torts:

> §652B - One who intentionally intrudes, physically or otherwise, upon the solitude or seclusion of another or his private affairs or concerns, is subject to liability to the other for invasion of his privacy, if the intrusion would be highly offensive to a reasonable person.

203) US Government and the other defendants listed in this count tortiously invaded my privacy each time that they used the surveillance equipment to watch or listen to me in my home.

<u>Count 27 – Trespass – US Government, Riverside Park Community LLC, Riverside Park Community
II LLC, Urban American Management, and Kings Realty & Properties LLC</u>

204) I reallege Paragraphs 183-195.

205) According to The Second Restatement of Torts:

> §158 – One is subject to liability to another for trespass, irrespective of whether he thereby causes harm to any legally protected interest of the other if he intentionally enters land in the possession of the other.

206) US Government and the other defendants listed in this count trespassed each time that they burgled my home.

<u>Count 28 – Intentional Infliction of Emotional Harm – US Government, Riverside Park Community
LLC, Riverside Park Community II LLC, Urban American Management, and Kings Realty &
Properties LLC</u>

207) I reallege Paragraphs 183-195.

208) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
 §46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

209) I suffered emotional harm as a result of US Government's and the other defendants' actions.

210) If the crimes of battery, burglary, and video voyeurism do not exceed the requirement for extreme and outrageous conduct then it is difficult to know what sort of actions would meet or exceed that requirement.

### Count 29 – Conspiracy – US Government, Riverside Park Community LLC, Riverside Park Community II LLC, Urban American Management, and Kings Realty & Properties LLC

211) I reallege Paragraphs 183-195.

212) According to The Second Restatement of Torts:
 §875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

213) The above named conspirators acted in concert with a common design to harm me in their commission of Counts 24-28.

### Count 30 – Intentional Infliction of Emotional Harm – US Government

214) When I was released from jail and went back to the probation office to retrieve my property, including my house keys, my probation officer was absent and so were my money, ID, credit cards, and keys. The US Probation office intentionally deprived me of these items and in so doing caused me emotional distress. During my required visits to their office they would purposely harass me in other ways. For example, the security guards were told to make trouble for me at the metal detector. [20]

215) In the summer of 2010 my probation officer told me that I did not need to see him routinely during my monthly visits. He told me that I should instead use their new automated kiosk that would scan my fingerprint and allow me to fill out my monthly report via touchscreen. During the fall of 2010 the security guards harassed me so badly at the door that I had to leave without using the kiosk. I emailed my probation officer that I would not be back until he was there to supervise the security guards. I never heard back from him so I never went back to report although I did see him in court in November. In December of 2010 the court terminated my probation six months early, but never bothered to tell me, the judge gave me no indication that she was going to do so when I was in her court in November and even denied my request for international travel. I only found out by accident out three months later.

---

[20] I understand that US Probation mostly likely inherits the court's immunity from suits in performance of its judicial duties. Here I am suing for torts that were committed outside the scope of their judicial duties and thus I believe that they can be sued in this context, just as a judge can be sued in the context of his role as courthouse administrator.

Obviously this whole problem with the security guards was staged so that I would think that I was on probation when I was not.

216) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
§46 – An actor who by extreme and outrageous conduct intentionally ... causes severe emotional harm to another is subject to liability for that emotional harm.

217) I suffered emotional distress as a result of this harassment.

## Count 31 – Negligent Conduct – US Government

218) I reallege Paragraphs 214-215.

219) According to The Second Restatement of Torts:
§284 – Negligent conduct may be ... an act which the actor as a reasonable man should recognize as involving an unreasonable risk of causing an invasion of an interest of another.

220) US Government was negligent in not informing me that I was no longer on probation. US Government violated its duty of care to me.

## Count 32 – Negligent Supervision of Employees – US Government

221) I reallege Paragraphs 214-215.

222) US Government had a duty of care with regard to hiring, training, and supervising its employees. For the duty to apply, first it must be foreseeable that employees entrusted with specific duties and authority be properly trained and that the failure to do so could result in harm to others. Second, if the employer fails to properly hire, train, or supervise employees, it breaches its duty to others. Third, there must be a causal connection between the conduct and the injury.

223) Clearly had the US Government employees at US Probation been properly trained and supervised they would not have willfully harassed me in this manner.

## Count 33 – Intrusion upon Seclusion – US Government, Jonathan Jacobs

224) The US conspired with my doctor and codefendant, Jonathan Jacobs, so as to intentionally commit medical malpractice by denying me medical treatment for the conditions listed in Paragraph 194.

225) In August 2010 Jonathan Jacobs refused to prescribe me Ambien or Lunesta when I told him that I could not sleep at night. He had prescribed me Ambien during my previous visit. When I begged and asked why he was doing this to me he replied "I cannot not interfere in something that I do not understand."

226) In August 2010 Jonathan Jacobs promised that he would treat my insomnia and other medical problems before my visit, but then once I went to see him he just wanted to talk for an hour and refused to treat my conditions as he had promised.

227) Jonathan Jacobs allowed US Government to place both audio and video surveillance devices in his office so that US Government could observe us talking.

228) Jonathan Jacobs was acting in concert with US Government for the purpose of evaluating my emotional health so that US Government could fine tune its continuing efforts to cause me emotional distress.

229) According to The Second Restatement of Torts:

§652B - One who intentionally intrudes, physically or otherwise, upon the solitude or seclusion of another or his private affairs or concerns, is subject to liability to the other for invasion of his privacy, if the intrusion would be highly offensive to a reasonable person.

230) US Government and Jonathan Jacobs are guilty of invasion of privacy when they shared my medical records and recorded me when I was being treated by Jonathan Jacobs in his office and was entitled to privacy.

### Count 34 – Conspiracy - US Government, Jonathan Jacobs

231) I reallege Paragraphs 224-228.

232) According to The Second Restatement of Torts:

§875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

233) US Government and Jonathan Jacobs acted in concert with a common design to harm me in their commission of Count 33.

### Count 35 – Conversion - US Government

234) The US stole my mail containing drugs while it was in the possession of the US Post Office.

235) The US substituted lower dose counterfeit drugs for the drugs that I had ordered from pharmacies out of state and from England.

236) The US substituted placebos for drugs that I already had in my possession

237) According to The Second Restatement of Torts:

§222A – Conversion is an intentional exercise of dominion or control over a chattel which so seriously interferes with the right of another to control it that the actor may justly be required to pay the other the full value of the chattel.

238) In substituting placebos for the drugs in my possession and in the US Mail US Government is guilty of conversion.

<u>Count 36 – Intentional Infliction of Emotional Harm – US Government</u>

239) I reallege Paragraphs 234-236.

240) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
    §46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

241) I suffered emotional harm as a result of US Government's actions.

242) First US Government poisoned me every day making me very sick. Then it stole the pain medication that I was forced to take as a direct result of its making me sick. If tampering with prescription drugs does not qualify as outrageous conduct it is difficult to know what conduct would qualify. Indeed product tampering is a serious felony under Federal Law.

<u>Count 37 – Conversion - US Government, Federal Express Corp.</u>

243) The US substituted placebos for drugs that were shipped via Federal Express from an out of state pharmacy that I found on the Internet. Federal Express employees allowed US Government to tamper with my package.

244) According to The Second Restatement of Torts:
    §222A – Conversion is an intentional exercise of dominion or control over a chattel which so seriously interferes with the right of another to control it that the actor may justly be required to pay the other the full value of the chattel.

245) In opening my package while it was in the possession of Federal Express and substituting placebos for the drugs which had been shipped to me from an out of state pharmacy US Government and Federal Express Corp. are guilty of conversion.

<u>Count 38 – Intentional Infliction of Emotional Harm – US Government, Federal Express Corp.</u>

246) I reallege Paragraph 243.

247) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
    §46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

248) I suffered emotional harm as a result of US Government's and Federal Express' actions.

249) If tampering with prescription drugs does not qualify as outrageous conduct it is difficult to know what conduct would qualify. Indeed product tampering is a serious felony under Federal Law.

<u>Count 39 – Conspiracy – US Government, Federal Express Corp.</u>

250) I reallege Paragraph 243.

251) According to The Second Restatement of Torts:

§875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

252) The above named conspirators acted in concert with a common design to harm me in their commission of Counts 37-38.

### Count 40 – Intrusion upon Seclusion – US Government, Columbia University Medical

253) In June or July of 2009 I went to the emergency room at Columbia University Medical Center because I had not been able to eat in over a week. The reason that I had not been able to eat was a result of US Government's drugging operation. While I was there several odd events occurred.
  a) A psychiatric resident insisted on sticking his finger in my ass.
  b) The lab claimed that one of my blood vials had gone bad necessitating that they take more blood. Their true reason was that US Government wanted to run additional tests.
  c) The attending doctor in charge of the emergency room came around to ask questions about my treatment. This is not a normal occurrence.
  d) A new intern showed up who was there just for me.
  e) This same intern made a big show about how the patient next to me was going to get some morphine.

254) According to The Second Restatement of Torts:

§652B - One who intentionally intrudes, physically or otherwise, upon the solitude or seclusion of another or his private affairs or concerns, is subject to liability to the other for invasion of his privacy, if the intrusion would be highly offensive to a reasonable person.

255) In sharing my medical records US Government and Columbia University Medical are guilty of invasion of privacy.

### Count 41 – Intentional Infliction of Emotional Harm – US Government, Columbia University Medical

256) I reallege Paragraph 253.

257) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:

§46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

258) I suffered emotional harm as a result of US Government's and Columbia University Medical's actions.

259) If performing unnecessary medical procedures and playing psychological games with a man in a hospital emergency room does not qualify as outrageous conduct it is difficult to know what conduct would qualify.

### Count 42 – Negligent Conduct – US Government, Columbia University Medical

260) I reallege Paragraph 253.

261) According to The Second Restatement of Torts:

§284 – Negligent conduct may be … an act which the actor as a reasonable man should recognize as involving an unreasonable risk of causing an invasion of an interest of another.

262) US Government and Columbia University Medical were negligent when they performed unnecessary medical procedures upon me. US Government and Columbia University Medical violated their duty of care to me.

## Count 43 – Conspiracy - US Government, Columbia University Medical

263) I reallege Paragraph 253.

264) According to The Second Restatement of Torts:

§875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

265) US Government and Columbia University Medical acted in concert with a common design to harm me in their commission of Counts 40-42.

## Count 44 – Intrusion upon Seclusion – US Government, New York Presbyterian Hospital, Joseph Del Pizzo

266) In July and August of 2009 I went to the emergency room at New York Presbyterian Hospital twice for treatment of kidney stones; kidney stones that were a result of US Government's drugging operation. What happened at NY Hospital on both occasions was a repeat of my experience at Columbia., including

a) On my first visit the doctor gave me an oxycodone prescription. This was done as the request of US Government so as to give me a US prescription that would help to keep me out of trouble with the oxycodone that I had received from England. On my second visit a different doctor said "We dont prescribe oxycodone for kidney stones."

b) On my second visit a male nurse was rude and made abusive demands of me. When I refused to cooperate and told him that I was just going to lie there and wait for the doctor, he backed down and became contrite. The nurse was acting on behalf of US Government.

267) In August of 2009 I went to see Joseph Del Pizzo, a urologist employed by New York Presbyterian Hospital to whom I was referred by the emergency room doctor. Again it was evident to me that he had been conspiring with US Government based in part on the following events.

a) There was a Federal agent in his personal office when I was there.

b) He mailed me a prescription two months later with no explanation whatsoever.

c) When I called about the prescription the woman who answered his phone made odd comments thus making it obvious that she was an agent of US Government.

268) According to The Second Restatement of Torts:

§652B - One who intentionally intrudes, physically or otherwise, upon the solitude or seclusion of another or his private affairs or concerns, is subject to liability to the other for invasion of his privacy, if the intrusion would be highly offensive to a reasonable person.

269) In sharing my medical records US Government, New York Presbyterian Hospital, and Joseph Del Pizzo are guilty of invasion of privacy.

<u>Count 45 – Intentional Infliction of Emotional Harm – US Government, New York Presbyterian Hospital, Joseph Del Pizzo</u>

270) I reallege Paragraphs 266-267.

271) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
§46 – An actor who by extreme and outrageous conduct intentionally ... causes severe emotional harm to another is subject to liability for that emotional harm.

272) I suffered emotional harm as a result of US Government's, New York Presbyterian Hospital's, and Joseph Del Pizzo's actions.

273) If playing psychological games with a man with respect to his medical treatment does not qualify as outrageous conduct it is difficult to know what conduct would qualify.

<u>Count 46 – Conspiracy - US Government, New York Presbyterian Hospital, Joseph Del Pizzo</u>

274) I reallege Paragraphs 266-267.

275) According to The Second Restatement of Torts:
§875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

276) US Government, New York Presbyterian Hospital, and Joseph Del Pizzo acted in concert with a common design to harm me in their commission of Counts 44-45.

<u>Count 47 – Battery - US Government, New York City</u>

277) In October of 2009 US Government, its agent Tara Tamang, and New York City had me arrested for stalking and other misdemeanors.
a) Tara Tamang is a Federal law enforcement officer.
b) Tara was my sleep-over girl friend on and off for over a year.
c) Tara swore out a false complaint against me.
d) Tara made her complaint as part of her job duties for US Government.
f) The arresting officer knew that he did not have probably cause to make the arrest at the time that he did so. He refused to tell me what I was charged with when he arrested me. He instead gave me a vague answer that the charge was domestic violence related. He then told me not to worry and that I would be arraigned and released that same day.
g) New York City purposely delayed my arraignment until 24 hours after I was arrested.
h) On instructions from US Government the arresting officer made up a false quotation from me that was read at my arraignment.
i) The charges were baseless and were eventually dismissed at the request of the prosecutor.

278) US Government, its agent Tara Tamang, and the New York City prosecuted me.
    a) The prosecutor was in regular communication with the US Attorney's office.
    b) The prosecutor played a game with the intent of denying me my right to a speedy trial. Every time that we would show up in court he would claim that he was not ready for trial. Then a few days later he would file papers falsely claiming that he now was in fact ready for trial. Since the speedy trial clock only runs between the time when he was not ready for trial and when he was ready for trial he was able to manipulate the 60 day limit mandated by the New York State speedy trial law to instead last over one year.
    c) The charges were baseless and were eventually dismissed at the request of the prosecutor.
    d) The prosecutor knew the charges to be baseless and without probable cause at the time he was prosecuting me.

279) I was in jail for parts of four days. By law each part of a day counts as a whole day so officially I was in jail for four days. In fact I was there for two and half days, measured hourly. For the first two days of that time I was put in various holding cells and drugged continuously by undercover law enforcement officers so that I could not sleep at all for any of that time. I believe that they used the poison dart gun since I never caught anyone doing it. For the last few hours I was in a cell alone and was gassed. Whatever gas that it was caused me extreme pain.

280) When I banged on the cell door and pressed the intercom button the guard who was sitting nearby refused to come at all. The guard had been instructed to ignore me. One might assume that a guard would stop coming after a few times, but this guard did not come at all.

281) The gas delivery apparatus was operated and installed in the jail cell by US Government with the cooperation of New York City. New York City was fully aware of what US Government was doing.

282) According to The Second Restatement of Torts:
    §13 – An actor is subject to liability to another for battery if he acts intending to cause a harmful or offensive contact with the person of the other … and a harmful contact with the person of the other directly or indirectly results.

283) US Government and New York City committed battery each time that they administered drugs to me. Obviously whether via gas or dart each instance is a battery no different from that which would occur when a rapist adulterates a woman's drink with Rohipnol (roofies), GHB (liquid x), Ketamine, etc.

### Count 48 – Abuse of Process - US Government, New York City

284) I reallege Paragraphs 277-281.

285) According to The Second Restatement of Torts:
    §682 – One who uses a legal process, whether criminal or civil, against another primarily to accomplish a purpose for which it is not designed, is subject to liability to the other for harm caused by the abuse of process.

286) In having me arrested and prosecuted for a crime which they knew never occurred for reasons not related to that crime US Government and New York City are guilty of abuse of process.

### Count 49 – False Imprisonment – US Government, New York City

287) I reallege Paragraphs 277-281.

288) According to The Second Restatement of Torts:
>§35 - An actor is subject to liability to another for false imprisonment if he acts intending to confine the other or a third party within boundaries fixed by the actor, and his act directly or indirectly results in such a confinement of the other, and the other is conscious of the confinement or is harmed by it.

289) In falsely arresting and imprisoning me US Government and New York City are guilty of false imprisonment.

### Count 50 – Intentional Infliction of Emotional Harm – US Government, New York City

290) I reallege Paragraphs 277-281.

291) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
>§46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

292) I suffered emotional harm as a result of US Government's and New York City's actions.

293) If repeatedly drugging and torturing a man while his is in the defendants' custody does not qualify as outrageous conduct it is difficult to know what conduct would qualify.

### Count 51 – Negligent Conduct – US Government, New York City

294) I reallege Paragraphs 277-281.

295) According to The Second Restatement of Torts:
>§284 – Negligent conduct may be … an act which the actor as a reasonable man should recognize as involving an unreasonable risk of causing an invasion of an interest of another.

296) US Government and New York City were negligent when they drugged and tortured me while I was in their custody. US Government and New York City violated their duty of care to me.

### Count 52 – Reckless Disregard of Safety – US Government, New York City

297) I reallege Paragraphs 277-281.

298) According to The Second Restatement of Torts:
>The actor's conduct is in reckless disregard of the safety of another if he does an act or intentionally fails to do an act which it is his duty to the other to do, knowing or having reason to know of facts which would lead a reasonable man to realize, not only that his conduct creates an unreasonable risk of physical harm to another, but also that such risk is substantially greater than that which is necessary to make his conduct negligent.

299) US Government and New York City showed reckless disregard for my safety in drugging and torturing me while I was in their custody.

<u>Count 53 – Negligent Supervision of Employees – US Government, New York City</u>

300) I reallege Paragraphs 277-281.

301) US Government and New York City had a duty of care with regard to hiring, training, and supervising their employees. For the duty to apply, first it must be foreseeable that employees entrusted with specific duties and authority be properly trained and that the failure to do so could result in harm to others. Second, if the employer fails to properly hire, train, or supervise employees, it breaches its duty to others. Third, there must be a causal connection between the conduct and the injury.

302) Clearly had the US Government and New York City employees who were responsible for these actions been properly trained and supervised they would not have willfully harmed me in this manner.

<u>Count 54 – Conspiracy - US Government, New York City</u>

303) I reallege Paragraphs 277-281.

304) According to The Second Restatement of Torts:
> §875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

305) US Government and New York City acted in concert with a common design to harm me in their commission of Counts 47-53.

<u>Count 55 – False Imprisonment - US Government, New York City</u>

306) In January of 2010 New York City in conspiracy with US Government falsely arrested me.
   a) The charge was for vandalism to wires inside my apartment.
   b) I was arrested inside my apartment without an arrest warrant.
   c) The arresting officer banged on my door for a long time and promised me that he would break it down unless I let him in. Under duress I did let him in. He had no warrant.
   d) The arresting officer knew the charge to be without probable cause at the time of the arrest.
   e) The prosecutor refused to have me arraigned since the charges were baseless.
   f) New York City purposely delayed my release until 24 hours after I was arrested.
   g) At 5AM myself and the undercover cops who were with me in the holding cells were brought up from the relatively warm and spacious cells in the courthouse basement, where we had been sleeping, to sit in the cold and cramped cell outside the courtroom, where it is impossible to sleep. The reason that it was cold is because they do not turn on the heat until 8AM since no one is supposed to be there when court is not in session. Court starts at 9:30AM.

307) According to The Second Restatement of Torts:

§35 - An actor is subject to liability to another for false imprisonment if he acts intending to confine the other or a third party within boundaries fixed by the actor, and his act directly or indirectly results in such a confinement of the other, and the other is conscious of the confinement or is harmed by it.

308) In falsely arresting and imprisoning me US Government and New York City are guilty of false imprisonment.

### Count 56 – Intentional Infliction of Emotional Harm – US Government, New York City

309) I reallege Paragraph 306.

310) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:

§46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

311) I suffered emotional harm as a result of US Government's and New York City's actions.

312) If falsely arresting a man does not qualify as outrageous conduct it is difficult to know what conduct would qualify.

### Count 57 – Conspiracy - US Government, New York City

313) I reallege Paragraph 306.

314) According to The Second Restatement of Torts:

§875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

315) US Government and New York City acted in concert with a common design to harm me in their commission of Counts 55-56.

### Count 58 - Fraud - US Government, IAC/InteractiveCorp, eHarmony.com, Facebook.com

316) US Government acted in concert  with Internet businesses IAC/InteractiveCorp (owner of Match.com), eHarmony.com, and Facebook.com so as to defraud me from receiving honest services from them. The US conspired with these companies to alter their computer software so as to allow US Government to covertly manipulate the data, confidential and otherwise, exchanged between their subscribers. The result was that with regard to IAC/InteractiveCorp and eHarmony.com I was unable to communicate with any normal subscribers and was instead put into communication exclusively with agents of US Government. With regard to Facebook.com, US Government is able to covertly manipulate my interactions with Facebook.com.

317) According to The Second Restatement of Torts:

§525 - One who fraudulently makes a misrepresentation of fact, opinion, intention, or law for the purpose of inducing another to act or to refrain from action in reliance upon it, is subject to

32

liability to the other in deceit for pecuniary loss caused to him by his justifiable reliance upon the misrepresentation.

318) Rule 9(b):
    (1) When I signed up for these companies' services they promised that they would deal honestly with me and not block or edit communications from other subscribers or users without their consent.
    (2) These companies knew at the time that they were not delivering proper service to me.
    (3) Until recently I had no idea that I had been lied to and tricked by them.
    (4) In making their false promises to me they had every intention that I should act upon them.
    (5) I did in fact use their services and they screwed me.

319) When I paid to subscribe to Match and eHarmony and created an account at Facebook I had every expectation that they would provide their services in a honest manner. This is not in fact what happened. I was defrauded.

<u>Count 59 – Intentional Infliction of Emotional Harm – US Government, IAC/InteractiveCorp, eHarmony.com, Facebook.com</u>

320) I reallege Paragraph 316.

321) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
    §46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

322) I suffered emotional harm as a result of US Government's, IAC/InteractiveCorp's, eHarmony.com's, and Facebook.com's actions.

323) This conduct certainly seems outrageous to me.

<u>Count 60 – Conspiracy - US Government, IAC/InteractiveCorp, eHarmony.com, Facebook.com</u>

324) I reallege Paragraph 316.

325) According to The Second Restatement of Torts:
    §875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

326) US Government, IAC/InteractiveCorp, eHarmony.com, and Facebook.com acted in concert with a common design to harm me in their commission of Counts 58-59.

<u>Count 61 - Fraud - US Government, Apple Inc., AT&T Inc.</u>

327) The US conspired with Apple and AT&T to develop the capability to covertly access and alter data stored on iPhones. The US in concert with Apple and AT&T without a court order did access and change data stored on my iPhone.

328) When I bought my iPhone I expected that the data I had stored on my phone would stay on my phone and be safe from alteration. Apple and AT&T had a duty to disclose to their customers that they had intentionally inserted this capability into the iPhone firmware.

329) According to The Second Restatement of Torts:

§525 - One who fraudulently makes a misrepresentation of fact, opinion, intention, or law for the purpose of inducing another to act or to refrain from action in reliance upon it, is subject to liability to the other in deceit for pecuniary loss caused to him by his justifiable reliance upon the misrepresentation.

330) Rule 9(b):

(1) When I signed up for these companies' services they promised that they would deal honestly with me and not spy on me or break into my iPhone.
(2) These companies knew at the time that they, at the request of US Government, had given themselves the ability to break into their customers' phones.
(3) Until recently I had no idea that I had been lied to and tricked by them.
(4) In making their false promises to me they had every intention that I should act upon them.
(5) I did in fact use their product and/or services and they screwed me.

331) When I bought my iPhone from Apple and signed a contract with AT&T I did so on the assumption that they and US Government would not be spying on me via my phone or changing the data stored on my phone, but this is in fact exactly what happened. I was defrauded.

### Count 62 – Intentional Infliction of Emotional Harm – US Government, Apple Inc., AT&T Inc.

332) I reallege Paragraphs 327-328.

333) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:

§46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

334) I suffered emotional harm as a result of US Government's, Apple Inc.'s, and AT&T Inc.'s actions.

335) This conduct certainly seems outrageous to me.

### Count 63 – Intrusion upon Seclusion – US Government, Apple Inc., AT&T Inc.

336) I reallege Paragraphs 327-328.

337) According to The Second Restatement of Torts:

§652B - One who intentionally intrudes, physically or otherwise, upon the solitude or seclusion of another or his private affairs or concerns, is subject to liability to the other for invasion of his privacy, if the intrusion would be highly offensive to a reasonable person.

338) In accessing my personal data stored on my phone US Government, Apple Inc., and AT&T Inc. are guilty of invasion of privacy.

<u>Count 64 – Conspiracy - US Government, Apple Inc., AT&T Inc.</u>

339) I reallege Paragraphs 327-328.

340) According to The Second Restatement of Torts:
> §875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

341) US Government, Apple Inc., and AT&T Inc. acted in concert with a common design to harm me in their commission of Counts 61-63.

<u>Count 65 – Intentional Infliction of Emotional Harm – US Government, Directv</u>

342) The US conspired with Directv for the purpose of sabotaging my Directv receiver. While I was living at 956 Hancock Street the receiver would reset itself generally every twelve hours which led to a fifteen minute blackout each time. This problem went on for months. I complained to Directv customer service and was told a pack of lies. What in fact was happening is that US Government and Directv purposely caused these failures for the purpose of causing me emotional distress.

343) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
> §46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

344) I suffered emotional harm as a result of US Government's and Directv's actions.

345) This conduct certainly seems outrageous to me.

<u>Count 66 – Conspiracy - US Government, Directv</u>

346) I reallege Paragraph 342.

347) According to The Second Restatement of Torts:
> §875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

348) US Government and Directv acted in concert with a common design to harm me in their commission of Count 65.

<u>Count 67 - Fraud - US Government, Federal Express Corp., United Parcel Service, Inc.</u>

349) Federal Express Corp. and United Parcel Service, Inc. allowed US Government to insert its agents as employees of Federal Express Corp. and United Parcel Service, Inc. Some of their employees who were in fact working for US Government went out of their way not to deliver the services to me for which I had contracted with their employers. For example, packages were stolen, tampered with, returned to sender, etc; deliverymen were purposely rude, refused to bring packages to my door, etc.

350) According to The Second Restatement of Torts:

§525 - One who fraudulently makes a misrepresentation of fact, opinion, intention, or law for the purpose of inducing another to act or to refrain from action in reliance upon it, is subject to liability to the other in deceit for pecuniary loss caused to him by his justifiable reliance upon the misrepresentation.

351) Rule 9(b):

(1) When I contracted for these companies' services they promised that they would deliver my goods to the best of their abilities.

(2) These companies knew at the time that they would instead be playing tricks on me.

(3) Until recently I had no idea that I had been lied to and tricked by them.

(4) In making their false promises to me they had every intention that I should act upon them.

(5) I did in fact use their services and they screwed me.

352) When I bought merchandise and paid to have it shipped to me via Federal Express Corp. or United Parcel Service, Inc. I did so on the assumption that these companies would make an honest effort to provide their services to the best of their abilities. Indeed these companies have the reputation of being extremely well managed and well thought of by their customers. Instead I was defrauded.

### Count 68 – Intentional Infliction of Emotional Harm – US Government, Federal Express Corp., United Parcel Service, Inc.

353) I reallege Paragraph 349.

354) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:

§46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

355) I suffered emotional harm as a result of US Government's, Federal Express Corp.'s, and United Parcel Service, Inc.'s actions.

356) This conduct certainly seems outrageous to me.

### Count 69 – Conspiracy - US Government, US Government, Federal Express Corp., United Parcel Service, Inc.

357) I reallege Paragraph 349.

358) According to The Second Restatement of Torts:

§875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

359) US Government, Federal Express Corp., and United Parcel Service, Inc. acted in concert with a common design to harm me in their commission of Counts 67-68.

## Count 70 – Defamation - US Government

360) US Government and its employee, Tara Tamang with malice intentionally defamed me. Tara sent at least seventeen emails to Beatrice Guthrie, my mother, intentionally and falsely claiming that I was:

    a) mentally ill generally - "They (a manager and a worker) [of New York City Adult Protective Services] think that your son is mentally ill and a danger to himself." (APS did in fact visit my apartment and interview me. APS found that there was no evidence of mental illness.)

    b) suffering from memory loss - "Randy's memory is seriously fading to the point where it is noticeable. He is having difficulty recalling events that occurred within the last few months."

    c) suffering from depression - "he is severely depressed"

    d) suffering from schizophrenia - "sounds like a severe case of schizophrenia to me that is getting worse"

    e) using mind altering drugs - "he has started self medicating himself with something very strong or perhaps his condition is worse than it was a few weeks ago. I am afraid that he could incur permanent brain damage"

    f) suicidal - "He has mentioned that he feels like he wants to commit suicide"

361) Tara on instructions from US Government contacted my mother both via telephone and email claiming that she was my friend and was very concerned about me and my mental health. Tara begged my mother to not reveal Tara's allegations to me lest I break up with her in which case Tara would no longer be able to furnish her with information about me. Many of these malicious lies occurred while my mother was outside of the US and did not have an easy way to personally check on me. When my mother and I were able to meet in person at the beginning of October 2009 my mother then realized that she had been duped.

362) Tara sent the emails with malicious intent. The content of Tara's emails is so outrageous and atrocious as to truly transcend all bounds of decency.

363) According to The First Restatement of Torts: (someone removed the Second from the Court's library)

    §559 – A communication is defamatory if it tends so to harm the reputation of another as to lower him in the estimation of the community or to deter third persons from associating or dealing with him.

364) US Government intentionally defamed me when it wrote the contents of Paragraph 360.

## Count 71 – Intentional Infliction of Emotional Harm – US Government

365) I reallege Paragraphs 360-362.

366) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:

    §46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

367) By intentionally damaging my relationship with my mother US Government intentionally caused me severe emotional harm.

368) This conduct certainly seems outrageous to me.

<u>Count 72 – Intentional Interference with Performance of Contract by Third Person – US Government</u>

369) In January of 2011 I filed case SDNY 11 CV 0211 against a subset of the defendants in this case. In March of 2011 the court dismissed the case before any of the defendants had even answered the complaint.

370) The Court seems to have purposely arranged for its decision to be overturned on appeal since the Court libeled me when it stated on the first page of its ruling that I pled guilty to defrauding the US. In fact, as the Court was well aware, I pled guilty to copyright infringement which it seems to me is a very different sort of a crime. As I stated in my appeal, someone who commits fraud is a professional liar and obviously if I lied in the past it could be inferred that I am lying now.

371) I appealed the dismissal, but my Form D-P disappeared from the appellate file. I have attached my copy of the Form D-P to end of this complaint. The clerk's receipt stamp can clearly be seen. There are in fact two stamps. This happened because I tried to file my Form D-P, brief, and other papers at the same time that I filed my notice of appeal. I was trying to save myself an extra trip to the courthouse. The Second Circuit and the SDNY both share the same courthouse. The clerk then returned my papers to me because they were missing the case number. The case number had yet to be assigned so I had not been able write it on the caption. I then properly refilled the papers with the case number two weeks later which is why there are two stamps.

372) About two weeks after I filed the second time someone noticed that the Form D-P was not in the file and wrote me a letter telling me to file one. The letter was sent to me in China. I have attached a copy of the letter and the envelope in which it was mailed to the end of this complaint. As is evident from the envelope, the letter was mailed with incorrect postage and then remailed. I received it after the deadline had already expired. At the time my copy of the Form D-P was in a shipping container on a ship so there was nothing that I could do. US Government arranged for the letter not to reach me in time.

373) It is obvious that Form D-P's do not vanish on their own, that US Government had unsupervised access to the case file, and that its disappearance was most convenient for US Government. US Government removed the Form D-P from the file and still has the missing Form D-P in its possession. I would like the Court to order US Government to return the missing Form D-P.

374) According to The Second Restatement of Torts:

> One who intentionally and improperly interferes with the performance of a contract between another and a third person not to perform the contract, is subject to liability to the other for the pecuniary loss resulting to the other from the failure of the third person to perform the contract.

375) In stealing my Form D-P from the Clerk of the US Court of Appeals for the Second Circuit US Government is guilty of intentional interference with performance of a contract. Obviously the Second Circuit and I had a contract from the time that I filed my notice of appeal and paid my filing fee.

## Count 73 – Intentional Infliction of Emotional Harm – US Government

376) On April 29, 2011, I mailed a registered letter (RR543832490US) from a Post Office in New York City to an address in New York City. The letter was properly and legibly addressed. Normally registered letters are delivered the next day to an address in the same city. This letter was not delivered until May 11, twelve days later. The letter contained a deposit refund check from my former landlord which would have been difficult for me to have replaced since I flew to China on the same day as I received and mailed the check. Under normal circumstances I would send a check via regular mail and save myself $10 and a trip to the Post Office. Given all of the claims listed above, I was fairly certain that the letter would be tampered with. This claim is hardly worth writing except that I happen to have documentation for it.

377) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
§46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

378) I suffered minor emotional distress as a result of the US holding on to my letter for twelve days.

379) Tampering with a man's mail without a warrant or any intention of obtaining one certainly seems outrageous to me.

## Count 74 – Battery – US Government, J & J Teq. III Corp, Union & Progress USA, LLC,  Iconbrickell Master Association, Inc, Iconbrickell Condominium No. One Association, Inc., Iconbrickell Condominium No. Three Association, Inc., TRG Brickell Point Hotel, LLC

380) I arrived in Miami in August of 2011. I spent about two weeks looking for an apartment and moved into 475 Brickell Ave – Apt 1114 on September 5th. Right after I moved in people started sliding furniture in the apartment above me making loud screeching noises. Even if I knocked on their door minutes after I heard the sliding no one ever answered.

381) I decided that I should probably should break my lease and rent a house instead. Once I found a house and agreed to bring a deposit and sign a lease, the following day the real estate agent without explanation told me that he and the owner's agent would no longer deal with me. My credit is spotless. At the time my FICA score was 760. I had been just accepted into my present building, which has really tough standards, two weeks previously. What had in fact happened in this case was that US Government told the real estate agent not to rent me the house and that they would compensate him for the lost commission.

382) The noise coming from the upstairs apartment dropped off soon after the problem with the real estate agent. What is not minor however are the pharmaceutical gasses which is a repeat of my last two apartments. The gassing and dart incidents continue to the present with similar deleterious effects to me.

383) In order install their gas distribution apparatus in my apartments at 475 Brickell Ave – Apt 1114 and 485 Brickell Ave – Apt 2507 US Government enlisted the help of codefendants J & J Teq. III Corp (landlord of 1114), Union & Progress USA, LLC (landlord of 2507)  as well as Iconbrickell Master Association, Inc, Iconbrickell Condominium No. One Association, Inc., Iconbrickell Condominium No.

Three Association, Inc., and TRG Brickell Point Hotel, LLC. They gave US Government free access to my apartments in the days before I moved in; after I moved in US Government illegally has burgled my home anyway. US Government conducted renovations to my apartment for the purpose of installing their gas distribution system as well as a fiber-optic video surveillance system. At no time did US Government have a court order to conduct said activities. These defendants have also set off the fire alarms on my floor for the primary purpose of harassing me and tampered with the TV and Internet service to my apartments.

384) According to The Second Restatement of Torts:

§13 – An actor is subject to liability to another for battery if he acts intending to cause a harmful or offensive contact with the person of the other … and a harmful contact with the person of the other directly or indirectly results.

385) US Government and the other defendants listed in this count committed battery each time that they administered drugs to me. Obviously whether via gas or dart each instance is a battery no different from that which would occur when a rapist adulterates a woman's drink with Rohipnol (roofies), GHB (liquid x), Ketamine, etc.

Count 75 – Reckless Disregard of Safety – US Government, J & J Teq. III Corp, Union & Progress USA, LLC, Iconbrickell Master Association, Inc, Iconbrickell Condominium No. One Association, Inc., Iconbrickell Condominium No. Three Association, Inc., TRG Brickell Point Hotel, LLC

386) I reallege Paragraphs 380-383.

387) According to The Second Restatement of Torts:

The actor's conduct is in reckless disregard of the safety of another if he does an act or intentionally fails to do an act which it is his duty to the other to do, knowing or having reason to know of facts which would lead a reasonable man to realize, not only that his conduct creates an unreasonable risk of physical harm to another, but also that such risk is substantially greater than that which is necessary to make his conduct negligent.

388) US Government and the other defendants listed in this count showed reckless disregard for my safety each time that they drugged me.

Count 76 – Intrusion upon Seclusion – US Government, J & J Teq. III Corp, Union & Progress USA, LLC, Iconbrickell Master Association, Inc, Iconbrickell Condominium No. One Association, Inc., Iconbrickell Condominium No. Three Association, Inc., TRG Brickell Point Hotel, LLC

389) I reallege Paragraphs 380-383.

390) According to The Second Restatement of Torts:

§652B - One who intentionally intrudes, physically or otherwise, upon the solitude or seclusion of another or his private affairs or concerns, is subject to liability to the other for invasion of his privacy, if the intrusion would be highly offensive to a reasonable person.

391) US Government and the other defendants listed in this count tortiously invaded my privacy each time that they used the surveillance equipment to watch or listen to me in my home.

Count 77 – Trespass – US Government, J & J Teq. III Corp, Union & Progress USA, LLC,  Iconbrickell Master Association, Inc, Iconbrickell Condominium No. One Association, Inc., Iconbrickell Condominium No. Three Association, Inc., TRG Brickell Point Hotel, LLC

392) I reallege Paragraphs 380-383.

393) According to The Second Restatement of Torts:

§158 – One is subject to liability to another for trespass, irrespective of whether he thereby causes harm to any legally protected interest of the other if he intentionally enters land in the possession of the other.

394) US Government and the other defendants listed in this count trespassed each time that they burgled my home.

Count 78 – Intentional Infliction of Emotional Harm – US Government, J & J Teq. III Corp, Union & Progress USA, LLC,  Iconbrickell Master Association, Inc, Iconbrickell Condominium No. One Association, Inc., Iconbrickell Condominium No. Three Association, Inc., TRG Brickell Point Hotel, LLC

395) I reallege Paragraphs 380-383.

396) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:

§46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

397) I suffered emotional harm as a result of US Government's and the other defendants' actions. The Iconbrickell and TRG Brickell Point Hotel defendants allowed US Government to place its agents in their businesses acting as their employees for the purpose of harassing me and causing me emotional harm.

398) If the crimes of battery, burglary, and video voyeurism do not exceed the requirement for extreme and outrageous conduct then it is difficult to know what sort of actions would meet or exceed that requirement.

Count 79 – Conspiracy – US Government, J & J Teq. III Corp, Union & Progress USA, LLC,  Iconbrickell Master Association, Inc, Iconbrickell Condominium No. One Association, Inc., Iconbrickell Condominium No. Three Association, Inc., TRG Brickell Point Hotel, LLC

399) I reallege Paragraphs 380-383.

400) According to The Second Restatement of Torts:

§875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

401) The above named conspirators acted in concert with a common design to harm me in their commission of Counts 74-78.

<u>Count 80 - Fraud - US Government, Costco Wholesale Corporation, CVS Caremark Corporation, Walgreens Co.</u>

402) In October 2011 I went to see a psychiatrist at the University of Miami to try to get some help with all of my emotional distress. My psychiatrist wrote me some benzodiazepine prescriptions, but when I went on different occasions to both Walgreens, CVS, and Costco pharmacies I received fake drugs from the pharmacist. The pharmacists in each case were undercover law enforcement officers. I know that the drugs were fake because after taking five or ten times the normal dose I was still wide awake; obviously I did not take the pills all at once. Sleep deprivation has been a regular feature of the conditions under which I have lived for the past few years. US Government was acting in concert with Costco Wholesale Corporation, Walgreen Co., and CVS Caremark Corporation.

403) According to The Second Restatement of Torts:
> §525 - One who fraudulently makes a misrepresentation of fact, opinion, intention, or law for the purpose of inducing another to act or to refrain from action in reliance upon it, is subject to liability to the other in deceit for pecuniary loss caused to him by his justifiable reliance upon the misrepresentation.

404) Rule 9(b):
> (1) When I bought drugs from these pharmacies they promised that they would provide me with correctly labeled pure drugs.
> (2) These pharmacies knew at the time that they would instead sell me bogus drugs.
> (3) I only became aware of the deceit once I had bought the drugs and left the pharmacies.
> (4) In making their false promises to me they had every intention that I should act upon them.
> (5) I did in fact buy their drugs and they screwed me.

405) When I went to these pharmacies to fill the prescriptions that my doctor had written for me I had every expectation of receiving real, pure, and correctly labeled drugs, but in fact in each case I intentionally sold fake drugs bearing counterfeit marks. I was defrauded.

<u>Count 81 – Negligent Conduct – US Government, Costco Wholesale Corporation, CVS Caremark Corporation, Walgreens Co.</u>

406) I reallege Paragraphs 402.

407) According to The Second Restatement of Torts:
> §284 – Negligent conduct may be ... an act which the actor as a reasonable man should recognize as involving an unreasonable risk of causing an invasion of an interest of another.

408) US Government, Costco Wholesale Corporation, CVS Caremark Corporation, and Walgreens Co. were negligent in allowing me to receive bogus drugs from their pharmacists. These defendants violated their duty of care to me.

### Count 82 – Intentional Infliction of Emotional Harm – US Government, Costco Wholesale Corporation, CVS Caremark Corporation, Walgreens Co.

409) I reallege Paragraph 402.

410) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
> §46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

411) I suffered emotional harm as a result of US Government's, Costco Wholesale Corporation's, CVS Caremark Corporation's, and Walgreens Co.'s actions.

412) If tampering with prescription drugs does not qualify as outrageous conduct it is difficult to know what conduct would qualify. Indeed product tampering is a serious felony under Federal Law.

### Count 83 – Negligent Supervision of Employees – US Government, Costco Wholesale Corporation, CVS Caremark Corporation, Walgreens Co.

413) I reallege Paragraph 402.

414) US Government, Costco Wholesale Corporation, CVS Caremark Corporation, and Walgreens Co. had a duty of care with regard to hiring, training, and supervising their employees. For the duty to apply, first it must be foreseeable that employees entrusted with specific duties and authority be properly trained and that the failure to do so could result in harm to others. Second, if the employer fails to properly hire, train, or supervise employees, it breaches its duty to others. Third, there must be a causal connection between the conduct and the injury.

415) Clearly had the US Government, Costco Wholesale Corporation, CVS Caremark Corporation, and Walgreens Co. employees who were responsible for these actions been properly trained and supervised they would not have willfully sold me bogus drugs.

### Count 84 – Conspiracy – US Government, Costco Wholesale Corporation, CVS Caremark Corporation, Walgreens Co.

416) I reallege Paragraph 402.

417) According to The Second Restatement of Torts:
> §875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

418) The above named conspirators acted in concert with a common design to harm me in their commission of Counts 80-83.

### Count 85 – Abuse of Process - US Government

419) In February 2012 the US manufactured charges against me in Florida State Court, Dade County case number F-12-004082. The so-called victim and witness in the case had been acting under orders from the Federal Government since before my so-called crime occurred. Subsequent to the so-called crime the Federal Government coerced the Miami Police and Dade County prosecutor into pursuing the case with the result that I was prosecuted for aggravated battery with a deadly weapon for an alleged car accident that the so-called victim claimed involved $600 in damages and no personal injury. You cant even fix a key scratch for $600. In the end I pled guilty to two misdemeanors and accepted a sentence of six months probation.

420) US Government acted in conspiracy with the Dade County Public Defender's Office and my lawyers Jeff James, Jennifer Parrado, and Kristina Gotera thus violating attorney client privilege and denying me my right to competent legal representation.

421) According to The Second Restatement of Torts:
> §682 – One who uses a legal process, whether criminal or civil, against another primarily to accomplish a purpose for which it is not designed, is subject to liability to the other for harm caused by the abuse of process.

422) In having me arrested and prosecuted for a crime which they had arranged and for reasons not related to that crime US Government and is guilty of abuse of process.

### Count 86 – Intentional Infliction of Emotional Harm – US Government

423) I reallege Paragraphs 419-420.

424) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
> §46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

425) I suffered emotional harm as a result of US Government's actions.

426) If setting someone up to be prosecuted for a serious felony does not qualify as outrageous conduct it is difficult to know what conduct would qualify.

### Count 87 – Trespass to Chattel – US Government

427) In March 2012 the US poisoned to death my pet baby Macaw parrot.

428) According to The Second Restatement of Torts:
> §217 – A trespass to a chattel may be committed by intentionally dispossessing another of the chattel.

429) In killing my pet baby Macaw parrot US Government is guilty of trespass to chattel.

<u>Count 88 – Intentional Infliction of Emotional Harm – US Government</u>

430) I reallege Paragraph 427.

431) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
§46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

432) I suffered emotional harm as a result of US Government's actions. I now am afraid to buy another pet since I do not want it to suffer a similar fate.

433) If intentionally poisoning to death a man's pet does not qualify as outrageous conduct it is difficult to know what conduct would qualify.

<u>Count 89 – Intrusion upon Seclusion – US Government, University of Miami</u>

434) In August 2012 the US started using a new (new to me) drug which made me feel as if my prostate and bladder are about to explode. On one occasion the pain spread into my right ureter and it felt as though I had a kidney stone passing through it. Passing a kidney stone is one of the most painful things that can happen to a person and is generally treated with morphine.

435) During the six months from the end of September 2012 to the end of March 2013 I was drugged so badly that I had to go to hospital emergency rooms eight times during that period. On some occasions the gas gives me terrible headaches, but more frequently it makes me so depressed as to make me think about ways that I would like to kill myself. I believe that many psych drugs have to have colored labels on their pill bottles warning about the risk of suicide to people taking those drugs.

436) More frequently the gas effects are not so serious as to cause me to go to a hospital, but instead I have to drink large amounts of liquor to counteract the gas's deleterious effects. During these episodes I generally drink in excess of a quart of liquor per day. I do not particularly like to drink under normal circumstances. When US Government leaves me alone I will go a week or more without touching alcohol. When I have to drink I cannot help but feel like a character in a Western who has to drink a bottle of whiskey before someone pulls a bullet out of him or saws his leg off.

437) If I had a way to fill prescriptions I could easily treat myself, but since, as I describe in Paragraph 402, I always seem to be sold fake drugs at whatever pharmacy I visit, hospital emergency rooms seem to be my only recourse. I generally go to the University of Miami Hospital. As with the hospital visits that I describe in Paragraphs 253 & 266 US Government again seems to be manipulating events behind the scenes. At the beginning these events were in the nature of medical staff asking strange questions or the patient in the alcove next to me behaving oddly. It was nothing to get excited about especially since as far as I could tell this behavior did not affect the medical care that I received. More recently however things have changed.

438) US Government now seems to have placed its people in charge of triage at University of Miami so that it is now able to effectively deny me access to the emergency room. On March 7th, 2013 I was in the emergency room waiting area at University of Miami when I felt so bad that I needed to lie down and

the only place available was the floor. After I had been lying on the floor out of the way for a few minutes the triage person came and told me that I had to sit in a chair. I told him I was sick, but he said that if I did not move he would phone the police. I asked him to put his request in writing, but he refused. About half an hour later the police actually came. Maybe this is standard procedure, but it sure seems odd to me. I cannot help but think that anyone else would have received different treatment.

439) By the time that I finished with the police the drugs had worn off enough that I decided that I felt well enough to go home. This also happened in January 2013 when I waited so long in the emergency waiting room that I felt well enough to leave without ever seeing anyone except the triage person. Maybe US Government was trying to help me save money by keeping me waiting, but I suspect that their reasons have more to do with covering their own asses and avoiding having the emergency room doctors get angry with them for what they were doing.

440) University of Miami shared my medical records with US Government without my authorization.

441) According to The Second Restatement of Torts:
>§652B - One who intentionally intrudes, physically or otherwise, upon the solitude or seclusion of another or his private affairs or concerns, is subject to liability to the other for invasion of his privacy, if the intrusion would be highly offensive to a reasonable person.

442) In sharing my medical records US Government and University of Miami are guilty of invasion of privacy.

### Count 90 – Intentional Infliction of Emotional Harm – US Government, University of Miami

443) I reallege Paragraphs 434-440.

444) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:
>§46 - An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

445) I suffered emotional harm as a result of US Government's and University of Miami's actions.

446) If playing psychological games with a man with respect to his medical treatment and effectively denying him access to the emergency room does not qualify as outrageous conduct it is difficult to know what conduct would qualify.

### Count 91 – Negligent Conduct – US Government, University of Miami

447) I reallege Paragraphs 434-440.

448) According to The Second Restatement of Torts:
>§284 – Negligent conduct may be … an act which the actor as a reasonable man should recognize as involving an unreasonable risk of causing an invasion of an interest of another.

449) US Government and University of Miami were negligent not allowing me to see a doctor in a timely manner and in throwing me out of the emergency waiting room. US Government and University of Miami violated their duty of care to me.

<u>Count 92 – Conspiracy - US Government, University of Miami</u>

450) I reallege Paragraphs 434-440.

451) According to The Second Restatement of Torts:

§875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

452) US Government and University of Miami acted in concert with a common design to harm me in their commission of Counts 89-91.

<u>Count 93 – Intentional Infliction of Emotional Harm – US Government, City of Miami</u>

453) In May 2013 City of Miami intentionally destroyed my car and I had to file suit against it in Dade County Court since the City refused to compensate me for the loss. That suit is for property damages only. As a result of losing my car in this manner I suffered emotional distress.

454) In February 2012, as I describe in Paragraph 419, I was arrested and the Miami Police impounded my car, a 1995 BMW 540i. On August 25, 2012 the detective who had impounded my car released it. On August 29, 2012 and on February 13, 2013 the City of Miami sent me notices via Certified Mail that I could pick up my car if I paid them for their towing and storage expenses, which was in itself an improper demand. The City cannot force me to pay to store their evidence. It is not as if I parked in a tow away zone.

455) I never received the City's notices and the City knew that I had not received them since the mail was returned to them undelivered. The City never bothered to contact me via regular mail, via phone, or via my email address, of which they were in possession. At the time I was making monthly court appearances yet the prosecutor never bothered to notify me or my lawyer that he no longer needed my car when he saw us in court. The City also never bothered to notify the court or my lawyer. I was in no way a hard person to find.

456) Within days after the judicial proceedings against me terminated with a misdemeanor guilty plea and a sentence of probation in June 2013 I attempted to have my car returned to me. I even went to the length of obtaining a court order for the return of my car. I did everything possible to seek its timely return.

457) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:

§46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

458) I suffered emotional harm as a result of US Government's, and City of Miami's actions.

459) If intentionally destroying a man's car does not qualify as outrageous conduct it is difficult to know what conduct would qualify.

## Count 94 – Conspiracy - US Government, City of Miami

460) I reallege Paragraphs 453-456.

461) According to The Second Restatement of Torts:

§875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

462) US Government and City of Miami acted in concert with a common design to harm me in their commission of Count 93.

## Count 95 – Intentional Infliction of Emotional Harm – US Government, Hotwire Communications

463) The US acted in concert with Hotwire Communications for the purpose of sabotaging my TV reception and Internet service. These services seem to have regular glitches which are caused on purpose. In September 2013 Hotwire turned off my TV reception for ten days.

464) According to The Third Restatement of Torts Liability for Physical and Emotional Harm:

§46 – An actor who by extreme and outrageous conduct intentionally … causes severe emotional harm to another is subject to liability for that emotional harm.

465) I suffered emotional harm as a result of US Government's, and Hotwire Communications' actions.

466) Intentionally sabotaging a man's utilities certainly seems outrageous to me.

## Count 96 – Conspiracy - US Government, Hotwire Communications

467) I reallege Paragraph 463.

468) According to The Second Restatement of Torts:

§875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

469) US Government and Hotwire Communications acted in concert with a common design to harm me in their commission of Count 95.

## Count 97 – Conspiracy – All Defendants

470) I reallege Counts 1-96 except for Count 5 (Civil RICO).

471) According to The Second Restatement of Torts:

§875 - Each of two or more persons whose tortious conduct is a legal cause of a single and indivisible harm to the injured party is subject to liability to the injured party for the entire harm.

472) According to American Jurisprudence Second Edition:

§57 – Upon joining a conspiracy a defendant becomes a party to every act previously or subsequently committed by any of the other conspirators in pursuit of the conspiracy.

473) US Government along with all of the other defendants acted in concert with a common design of intentionally inflicting upon me emotional harm in their commission of Counts 1-96 (except 5). All of the defendants voluntarily joined this conspiracy and chose to commit illegal overt acts in furtherance of the conspiracy. Infliction of emotional and frequently physical harm has been the overriding goal of US Government. One could certainly argue that many of the other defendants did not have this goal. The problem for them is that they allowed agents of US Government to become their agents and/or employees. Thus if one employee of a defendant had a goal of inflicting upon me emotional harm then so did the employer. At a minimum then all defendants are thus vicariously liable in this Count.

<u>Count 98 – Civil RICO – US Government</u>

474) I reallege Counts 1-97.

475) According to the US Code:

18 USC 1961 states that "racketeering activity" means ... any act that is indictable under any of the following provisions ... §659 (relating to theft from interstate shipment) ... §1341 (relating to mail fraud) ... §1343 (relating to wire fraud) ... §2320 (relating to trafficking in goods or services bearing counterfeit marks)

18 USC 1961 states that "racketeering activity" means ... any offense involving ... receiving or otherwise dealing ... a controlled substance ... punishable under any law of the US.

18 USC 1962 states that it shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity.

18 USC 1964 states that any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court.

476) US Government violated the civil racketeering statute when:
- enticed my lawyers to commit mail fraud by mailing their fraudulent bills across state lines (Count 2);
- it unlawfully stole controlled substance from an interstate shipment addressed to me (Counts 35 & 37);
- enticed the other defendants in to commit wire fraud as described in Counts 58, 61, 65, & 95;
- enticed pharmacists to sell me 'drugs' bearing counterfeit marks (Count 80);
- has 'otherwise dealt' controlled substances to me each of the thousands of times that it has drugged me (Counts 24, 47, & 74).

477) US Government's several thousand RICO predicate acts have formed a continuous pattern of enterprise activity for over eight years and continue to this very day. US Government and its co-conspirators have taken well over one million dollars from me during this period of time so there can be no question but that they have been conducting an enterprise. This enterprise affects interstate commerce in that US Government has followed me across state lines, stolen from interstate shipments, and conducted their enterprise in many different states and across state lines.

**Relief:**

478) I claim the following damages, jointly and severally, against each defendant based on the claims set forth in Counts 1-98.
- Compensatory damages in excess of $200,000,000.
- Punitive damages in excess of $400,000,000.
- Racketeering damages in excess of $400,000,000.
- Such other and further relief as this Court may deem appropriate, including costs and reasonable attorney's fees.

479) I would also like the court to order the US to immediately stop doing all of the illegal acts that I have listed in this complaint. I fully expect that the Court's order, if it were forthcoming, might well be met with a response along the lines of "John Marshall has made his decision; now let him enforce it!" but I suppose that non-compliance with such an order would increase the amount of damages that will eventually be awarded to me.

**Conclusion:**

I am the first person to admit that this complaint is probably the strangest non-fictional story that I have ever read, but nevertheless it cannot be dismissed on this basis alone. If I had filed a complaint claiming that the US Government had put LSD in my coffee or that they had kidnapped and held me incommunicado on a farm in Virginia for five years, might those claims be dismissed? Maybe, but nevertheless those incidents did in fact happen. All one has to do is Google MK-ULTRA or Yuri Nosenko. I wonder if the victims of those crimes, perpetrated by the US Government, would have been able to have their claims heard impartially in Federal Court had they filed them prior to the revelations of the Church Committee.

Randolph Guthrie, Pro. Se.
485 Brickell Ave -  #2507
Miami, FL  33131
randyguthrie@yahoo.com

| **CLAIM FOR DAMAGE, INJURY, OR DEATH** | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:<br><br>Bureau of Prisons Northeast Regional Office<br>U.S. Customs House, 7th Floor<br>2nd and Chestnut Street<br>Philadelphia, Pennsylvania 19106 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code)<br><br>Randolph H. Guthrie III<br>3313 Broadway, Apt C23J<br>New York, NY  10031 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>January 29, 1967 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>April 2006 - June 2008 | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

During my incarceration at FCI Ft. Dix my constitutional rights were violated on almost a daily basis and my entire stay at Ft. Dix was one never ending violation of my substantive due process rights. I lost Good Time in violation of my procedural due process rights. I spent many months in the SHU for reasons not related to institutional security. I was not allowed to participate in the RDAP program and as a result was denied a state-created liberty interest. I was refused the medicine Propecia and as a result suffered permanent hair loss. I was denied Administrative Remedy forms while I was in the SHU. Many staff did not visit me in the SHU in spite of having signed the SHU visitation log. I was forced to work in unconstitutional conditions. I was denied access to my mail. Mail that I had already received was taken from me. I am seeking damages for these violations of my constitutional rights in the amount of $100,000,000.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Not a property claim

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

I suffered permanent hair loss as the result of having been denied the drug Propecia. I have no idea how much it will cost to restore my hair to its prior condition, but I would be happy to obtain estimates from hair transplant specialists once you acknowledge your liability in this matter. For now I am asking $1,000,000 to repair my permanent hair loss. This amount is inclusive in the $100,000,000 claim amount.

| 11. | WITNESSES | |
|---|---|---|
| NAME | | ADDRESS (Number, Street, City, State, and Zip Code) |
| Warden, AW's, Unit Team, etc. | | |

| 12. (See instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| | $100,000,000 | | $100,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form<br>917-239-5209 | 14. DATE OF SIGNATURE<br>November 22, 2008 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

95-109                    NSN 7540-00-634-4046                    STANDARD FORM 95<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| Alicia Simmons<br>US Department of Justice<br>86 Chambers Street<br>New York, NY 10007 | Randolph H Guthrie III<br>956 Hancock Street #3R<br>Brooklyn, NY 11233<br><br>randyguthrie@yahoo.com |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. or P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | January 29, 1967 | Single | June 2008 though Present | NA |

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof.) (Use additional pages if necessary.)*

Employees of the US Government whom I believe to be FBI agents, including Tara Tamang whom I believe to be an undercover FBI agent, have been engaged in a two year long ongoing pattern of harassment against me. Their actions include administering drugs to me without my knowledge and/or consent with the intent and/or result of causing me pain, suffering, and emotional distress; these drugs caused me to make three trips to hospital emergency rooms. Filing false and/or abusive charges against me with the New York City Police. Intentionally causing me emotional distress. Using non-court ordered wire taps and bugging devices against me. Conspiring with private persons and/or companies to my detriment. Defaming me. Intentionally damaging my personal property. Illegally entering my private residences. Assaulting me. Stealing my mail. Having ex-parte conversations with Federal Judge(s) and US Probation officer(s) to my detriment.

I am asking for compensatory damages in the amount of $100,000,000.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED *(See instructions on reverse side.)*

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

COPY RECEIVED

JUN 2 3 2010

US ATTORNEY'S OFFICE

| 11 | WITNESSES | |
|---|---|---|
| NAME | ADDRESS *(Number, street, city, State, and Zip Code)* | |

| 12. *(See instructions on reverse)* | AMOUNT OF CLAIM *(In dollars)* | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
| 10,000.00 | 100,000,000.00 | | 100,010,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| *[signature]* | 212-201-7447 | June 21, 2010 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. *(See 18 U.S.C. 287, 1001.)* |

95-108<br>Previous editions not usable.   NSN 7540-00-634-4046   STANDARD FORM 95 (Rev. 7-85) (EG)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2

Randolph H. Guthrie III
3333 Broadway #C23J
New York, NY  10031

October 23, 2008

Urban American Management
596 - 56 St
West New York, NJ  07093

On October 17th I signed a lease for apartment C23J in the building that you manage at 3333 Broadway in New York City. On October 21st I discovered that the mortise lock which had been installed in my door by your company was worn out and damaged beyond repair. Among other problems the set screw which keeps the lock cylinder from being removed from the outside was loose which meant that anyone with a pair of pliers could have unscrewed the lock cylinder and entered my apartment between the 17th and the 21st. The reason that the set screw was loose was that the sleeve into which the set screw is supposed to be tightened had no threads left in it, thus allowing the set screw to move in and out unimpeded.

On the 21st I personally installed a Medeco 'top lock' and I no longer believe my apartment to be immediately vulnerable, however while the mortise lock has been jury rigged by your staff it has still not been fixed. Your building manager Tony Bolbolian has assured me that a new lock will be installed as soon as he receives one that will fit my door.

This incident is particularly disturbing to me in light of the fact that your employee Natalie Mills gave me my keys after I signed the lease and told me that "these are the only keys to your door and a new cylinder had just been installed this week." How then could your staff have installed a new cylinder without noticing that the set screw was loose? Either the installers were negligent, or more disturbingly I was being set up for a burglary. I hope that you will fully investigate this incident since these same workers may have installed similar defective locks in other tenants' doors. I had been under the impression that Natalie Mills was your building manager because Tony Bolbolian did not seem to be in the office during the week of October 13th when I was signing the lease and the application and Natalie handled both documents.

On October 14th I had to wait for two hours in the office at 3333 Broadway for Natalie's boss to vet my application. During that time I asked Natalie if I might go up and have another look at the apartment. Natalie refused and stated that I could only see the apartment with my real estate agent. Is this in fact your policy? This incident combined with the lock incident makes me think that maybe something was going on in that apartment that she did not want me to see. I would thus like to ask you for the record, were you doing any work in apartment C23J during the week of October 13th? Did any third parties have access to that apartment during the week of October 13th?

My actual lease runs from October 15, 2008 to September 30, 2009, however I paid for one year in advance. Obviously I am entitled to a refund of half a month's rent. In addition I was told that due to a special promotion that your company was running that I would also be receiving half a month's free rent. Natalie Mills told me to expect a refund check within one month. I don't expect any problems here but as long as I was writing this letter I thought that I should mention this issue.

The tenant in the apartment next to me C23H is in the habit of playing very loud music. I have not yet fully moved into my apartment yet so far I have already been disturbed by this music on October 19th and October 22nd. Both incidents occurred between 1 PM and 3 PM. The music was so loud that I could hear it clearly down the hall as soon as I stepped off the elevator. The noise that comes through our common wall is extremely disturbing to me. I made a written complaint to Tony Bolbolian on October 22nd about this problem. He said that he would try to solve it. Later that day I saw the occupant of C23H in the hallway and I asked her about the music. Her reaction was so say "What good is music if it is not loud!" With an attitude like that I have reason to doubt that Tony will be successful. If this problem continues you and the landlord can expect to be named as parties in a lawsuit quite soon.

When I signed my lease on October 17th Natalie took back both copies and said that I would be receiving my copy once it had been signed. So far I have not received my copy. I assume though that it is on its way.

Other very minor problems are that the rod that turns the mini-blinds in my apartment is broken and the microwave oven carrocell tray is missing. Tony has promised to address these issues also.

Sincerely,

Randolph Guthrie

Case: 11-1053   Document: 15   Page: 1   05/16/2011   289857   2

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of May, two thousand and eleven,

Randolph H. Guthrie, III,

Plaintiff - Appellant,

v.

United States Government, Federal Bureau of Investigation, City of New York, Riverside Park Community, LLC, Riverside Park Community II, LLC, Urban American Management, Kings Realty & Properties LLC, IAC / Interactive Corp., eHarmony.com, Facebook, Inc., Federal Express Corp., United Parcel Service,Inc., Directv, Apple, Inc., AT&T Inc., Columbia University Medical, New York Presbyterian Hospital, Jonathan Jacobs, Joseph Del Pizzo, Tara Tamang, Carol Malek, Malek Properfles,

Defendants - Appellees.

**ORDER**
Docket Number: 11-1053

A notice of appeal was filed on March 14, 2011. Appellant's Form D-P was due March 28, 2011. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 6, 2011 if the form is not filed by that date.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL
CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE<br><br>Guthrie v. US, etc. | DISTRICT<br>SDNY | DOCKET NUMBER<br>11 - 1053 |
| | JUDGE<br>PKC | APPELLANT |
| | COURT REPORTER<br>None | PRO SE APPELLANT<br>Randolph Guthrie |

| Check the applicable provision:<br><br>☐ I am ordering a transcript.<br><br>☑ I am not ordering a transcript<br><br>   Reason for not ordering a transcript:<br><br>   ☐ Copy is already available<br><br>   ☑ No transcribed proceedings<br><br>   ☐ Other (Specify in the space below): | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.* oral argument, order from the bench, etc.)<br><br>None<br><br><br>METHOD OF PAYMENT   ☐ Funds   ☐ CJA Voucher (CJA 21) |
|---|---|

| INSTRUCTIONS TO COURT REPORTER:<br><br>☐ PREPARE TRANSCRIPT OF<br>   PRE-TRIAL PROCEEDINGS<br><br>☐ PREPARE TRANSCRIPT OF TRIAL<br><br>☐ PREPARE TRANSCRIPT OF<br>   OTHER POST-TRIAL PROCEEDINGS<br><br>☑ OTHER (Specify in the space below):<br><br>   *None* | DELIVER TRANSCRIPT TO:  (APPELLANT'S NAME, ADDRESS, TELEPHONE)<br><br>NA |
|---|---|

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript.
*See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time
required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE<br><br>March 3, 2011 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT:  This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |



CLERK'S OFFICE
U.S. COURT OF APPEALS
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

AIR MAIL