UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-22193-CIV-ALTONAGA/Simonton

**RANDOLPH H. GUTHRIE III**,

    Plaintiff,

vs.

**U.S. GOVERNMENT**, *et al.*,

    Defendants.

_____/

## ORDER OF RECUSAL

The undersigned judge, to whom the above styled cause was assigned, hereby recuses herself[1] and refers the matter to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455 for permanent reassignment to another judge in accordance with the blind assignment system.

**DONE and ORDERED** in Chambers at Miami, Florida, this 9th day of January, 2014.

                                                   *[signature]*
                                                 CECILIA M. ALTONAGA
                                                 UNITED STATES DISTRICT JUDGE

---

[1] The undersigned's husband, George Mencio, Jr., is a shareholder with the law firm of Holland & Knight, LLP, which has on this day appeared as counsel for one of the Defendants.

CASE NO. 12-22193-CIV

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** _Marcia G. Cooke_.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

_12cv22193/Cooke_

**BY ORDER** of the Court this ___9th___ day of January, 2014.

STEVEN LARIMORE
Clerk of Court

By:

_Tiffany Belt_

copies provided to:
counsel of record
Plaintiff, *pro se*
Clerk of Court

2